Of Counsel:
ALSTON HUNT FLOYD & ING
A Law Corporation
SHELBY ANNE FLOYD            1724-0
PAUL ALSTON                  1126-0
THOMAS E. BUSH               4737-0
Palani Court, Suite 104
74-5620 Palani Road
Kailua-Kona, Hawaii 96740
Telephone: (808)326-7929
Facsimile: (808)326-4779
E-mail: sfloyd@ahfi.com

LAWYERS FOR EQUAL JUSTICE
GAVIN K. THORNTON            7922-0
P.O. Box 37952
Honolulu, Hawaii 96837
Telephone: (808) 542-5203
Facsimile: (808) 262-4727
E-mail: gavinthornton@verizon.net

Attorneys for Plaintiffs

MARK J. BENNETT              2672
Attorney General
State of Hawaii

JOHN C. WONG                 2804
DIANE K. TAIRA               5737
Deputy Attorneys General
Department of the Attorney
    General, State of Hawaii
Kekuanao'a Building, Room B-2
465 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 587-3080
Facsimile: (808) 587-2938
E-mail: John.C.Wong@Hawaii.gov

Attorneys for Defendants

200542_1.DOC

IN THE UNITED STATES DISTRICT COURT

OF HAWAII

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii,<br><br>          Defendants. | CIVIL NO. CV04 00508 ACK/BMK<br>(Class Action)<br><br>**NOTICE OF HEARING ON MOTION; JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL; MEMORANDUM IN SUPPORT OF JOINT MOTION; DECLARATION OF JOHN C. WONG; EXHIBIT "A"; DECLARATION OF SHELBY ANNE FLOYD; EXHIBIT "1"; DECLARATION OF PATTI Y. MIYAMOTO; EXHIBITS "1-9"; CERTIFICATE OF SERVICE**<br><br>Hearing: _____<br>Time: _____<br>Judge:   Hon. Alan C. Kay<br><br>(No trial date set) |

## NOTICE OF HEARING ON MOTION

TO:    GAVIN K. THORNTON
       P.O. BOX 37952
       HONOLULU HI  96837-0952

       SHELBY ANNE FLOYD

PAUL ALSTON
74-5620 Palani Road, Suite 104
Kailua-Kona, HI  96740

Attorneys for Plaintiffs

PLEASE TAKE NOTICE that the following Joint Motion for Preliminary Settlement Approval will be heard before the Honorable Alan C. Kay in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, 2006, at ____ ___.m., or as soon thereafter as counsel can be heard.

DATED:  Honolulu, Hawaii,

                 MARK J. BENNETT
                 Attorney General

                 _____
                 JOHN C. WONG
                 DIANE K. TAIRA
                 Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

OF HAWAI'I

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii,<br><br>      Defendants. | CIVIL NO. CV04 00508 ACK/BMK<br>(Class Action)<br><br>**JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

## JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

Plaintiffs and Defendants, by and through their respective undersigned Counsel below, hereby jointly move this Court for a Preliminary Order approving the

200542_1.DOC

settlement in this case as fair, reasonable and adequate and dismissing the case with prejudice upon final approval of the settlement.

This Joint Motion is brought pursuant to Rule 23(e), *Federal Rules of Civil Procedure*, and is supported by the Memorandum and documents hereto.

DATED: HONOLULU, HAWAII  Feb. 22, 2007  .


SHELBY ANNE FLOYD
GAVIN K. THORNTON
Attorneys for Plaintiffs


MARK J. BENNETT
Attorney General

JOHN C. WONG
DIANE K. TAIRA
Attorneys for Defendants