IN THE UNITED STATES DISTRICT COURT

OF HAWAI'I

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii,<br><br>      Defendants. | CIVIL NO. CV04 00508<br>        ACK/BMK<br>(Class Action)<br><br>**DECLARATION OF JOHN C. WONG; EXHIBIT "A"** |

## DECLARATION OF JOHN C. WONG

I, JOHN C. WONG, do hereby declare and state under penalty of perjury that the following facts are true and correct:

216181_1.DOC

1. I am a deputy attorney general for the State of Hawaii, and I am the lead attorney on behalf of the Defendants in this matter. I received my *Juris Doctor* degree in 1980 from the William S. Richardson School of Law, University of Hawaii and was admitted to the Hawaii State and federal bar in 1980. I have been with the Department of the Attorney General, State of Hawaii since 1988, and I have been the Housing Unit supervisor which provides legal services to Defendants since 1993.

2. I have direct knowledge of the facts stated herein and I am competent to testify to the same.

3. In late 2005 Class Counsel and the Office of the Attorney General renewed settlement discussions because Plaintiffs had obtained the declaratory and injunctive relief sought in their Complaint through the Court's Orders as well as through the corrective measures undertaken by HCDCH as a result of the lawsuit.

4. The settlement discussions resulted in the

parties agreeing to the Settlement Agreement, a true and correct executed copy of which is attached hereto as **Exhibit "A"**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED: Honolulu, Hawaii ___February 22, 2007___.

_____
JOHN C. WONG

216181_1.DOC