# EXHIBIT "1"

## IMPORTANT NOTICE TO CLASS MEMBERS IN "AMONE, ET AL V. AVEIRO, HCDCH", CIV. NO. 04-00508 OF PROPOSED SETTLEMENT AND ORDER

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, you are hereby notified of the following:

1. The Complaint in this case was filed on August 18, 2004, asking for declaratory and injunctive relief, and alleging that the "Housing and Community Development Corporation", now known as the "Hawaii Public Housing Authority", failed to notify disabled tenants of their rights under various federal laws, failed to adopt procedures to increase utility allowances for qualified disabled tenants, and charged qualified disabled tenants rent in excess of that allowed by law.

2. On March 2, 2005, the Court entered an Order Certifying this action as a class action and defining the class as: 1) disabled persons that currently reside, or have resided since August 18, 2002, in a public housing project, 2) in which residents receive utility

allowances, and 3) whose special needs arising from their disability require them to consume utilities in excess of the amount provided for in the standard public utility allowances.

3. On May 31, 2005, the Court entered an order in favor of Plaintiffs, holding that HCDCH did violate the law and requiring HCDCH to make appropriate adjustments to the utility allowances for those residents whose special needs arising from their disability require them to consume utilities in excess of the amount provided for in the standard public housing utility allowances.

4. The parties filed a Joint Motion for Preliminary Approval of Settlement of the case, and asked the Court to set a Final Fairness Hearing to approve settlement and dismissal of the case. According to the Joint Motion, Plaintiffs have received the declaratory and injunctive relief they requested, and HCDCH has complied with the Court's Order by undertaking the required corrective measures to provide eligible

216183~1         7

disabled tenants with the appropriate supplemental utility allowances.

5. The Settlement Agreement provides that HCDCH shall pay Plaintiffs' attorneys fees and costs of $40,158.

6. The Court held a hearing on the Joint Motion for Preliminary Approval of the settlement on _____. At the hearing, the Court ordered the Final Fairness Hearing, to approve the settlement as being fair, reasonable and adequate, for _____.

If you are a class member and object to the settlement of the case, or you wish to be excluded from the settlement of the case, you must submit your written objections to Class Counsel **no later than ten (10) days before the Final Fairness Hearing, that is, on or before close of business on** _____ to:

>    SHELBY ANNE FLOYD, ESQ.
>    Alston Hunt Floyd & Ing
>    American Savings Bank Tower
>    1001 Bishop Street, 18th Floor
>    Honolulu, Hawaii 96813

216183-1                              8