# State of Hawaii
## County of Kauai

IN THE MATTER OF }
NOTICE OF PUBLIC COMMENT }

# AFFIDAVIT OF PUBLICATION

STATE OF HAWAII }
COUNTY OF KAUAI} SS.

Linda Razey, being duly sworn, deposes and says, that she is an employee of "The Garden Island," a newspaper published in Lihue, County of Kauai, State of Hawaii; that the NOTICE in the above entitled matter of which the annexed is a true and correct printed copy, was published <u>one</u> time in "The Garden Island" aforesaid, on the 12h day of May, 2006 and that this affiant is not a party to or in any way interested in the above entitled matter.

_____
Subscribed and sworn to before me this

_15th_ day of May, 2006.

_____
CARMENCITA P. CENTENO
Notary Public, Fifth Judicial Circuit,
State of Hawaii

My Commission Expires
Jul 25, 2008

EXHIBIT 3