# AFFIDAVIT OF PUBLICATION

State of Hawaii )
) SS:
County of Hawaii )

Lorelei Logan, being first duly sworn, deposes and says:

1. That she is the Advertising Administrative Assistant of WEST HAWAII TODAY, a newspaper published in the City of Kailua Kona, State of Hawaii.

2. That "NOTICE OF PUBLIC COMMENT HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII'S (HCDCH) REVISED UTILITY" of which a clipping from the newspaper is attached hereto, was published in said newspaper on the following date(s) May 12, 2006 (etc.)

_____

Subscribed and sworn to before me
This 12th day of May, 2006

_____
Notary Public, Third Circuit,
State of Hawaii

Lara L. Taira
My Commission expires: August 4, 2009

EXHIBIT 4