# AFFIDAVIT OF PUBLICATION

State of Hawaii   )
                  ) SS:
County of Hawaii  )

_____LEILANI K. R. HIGAKI_____, being first duly sworn, deposes and says:

1. That she is the _____BUSINESS MANAGER_____ of _____HAWAII TRIBUNE HERALD_____, a newspaper published in the City of _____HILO_____, State of Hawaii.

2. That the " __NOTICE OF PUBLIC COMMENT HOUSING AND COMMUNITY DEVELOPMENT CORPORATION...SCHEDULE OF UTILITY ALLOWANCES FOR FISCAL YEAR BEGINNING JULY 1, 2006...etc.,__ ", of which a clipping from the newspaper as published is attached hereto, was published in said newspaper on the following date(s) _____May 12, 2006_____, (etc.).

247346

_/s/ Leilani K. R. Higaki_

Subscribed and sworn to before me this ___22nd___ day of __May, 2006__.

_/s/ Sharon H. P. Ogata_
SHARON H. P. OGATA
**Notary Public, Third Circuit, State of Hawaii**
My commission expires ___October 1, 2009___

EXHIBIT 5