IN THE MATTER OF )
NOTICE OF PUBLIC COMMENT )
)
) AFFIDAVIT OF PUBLICATION
)
)
)
)

STATE OF HAWAII )
) SS.
City and County of Honolulu )

Carrie Asuncion being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc., publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

MidWeek _____ times on _____

Honolulu Star-Bulletin ____1____ times on 05/12/2006

And that affiant is not a party to or in any way interested in the above entitled matter.

_C. Asuncion_

Subscribed to and sworn before me this _12th_ day of _May_ A.D. 20_06_

_Patricia K. Reese_
Notary Public of the First Judicial Circuit
State of Hawaii

My commission expires October 07, 2006



Ad# 05522823

EXHIBIT 6