# AFFIDAVIT OF PUBLICATION

STATE OF HAWAII, } ss.
County of Maui.

_____Aaron T. Viela_____ being duly sworn deposes and says, that he is _____Advertising Sales_____ of the Maui Publishing Co., Ltd., publishers of the MAUI NEWS, a newspaper published in Wailuku, County of Maui, State of Hawaii; that the ordered publication as to _____

_____NOTICE OF PUBLIC COMMENT_____

_____

of which the annexed is a true and corrected printed notice, was published __1__ times in the MAUI NEWS, aforesaid, commencing on the __12th__ day of _____May_____, 2006, and ending on the __12th__ day of _____May_____, 2006, (both days inclusive), to-wit: _____

_____May 12, 2006_____

_____

and that affiant is not a party to or in any way interested in the above entitled matter.

_____/s/_____

Subscribed and sworn to before me this
12th day of ____May____ A.D. 2006.

_____/s/_____
Notary Public, Second Judicial
Circuit, State of Hawaii.

**LEILA ANN L. LEONG**
My Commission Expires: 11-23-07

EXHIBIT 7