# HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII

## REQUEST FOR A REASONABLE ACCOMMODATION

**Name:** _____    **Phone:** _____

**Address:** _____

1. The following member of my household has a disability as defined below: (A physical or mental impairment that substantially limits one or more major life activities; a record of having such impairment; or being regarded as having such an impairment.)

    Name: _____

2. As a result of his/her disability the following change or changes so (the person listed) can live here as easily or successfully as the other residents can. **Check the kind of change(s) you need.**

    [ ]   A change in apartment or other part of the housing complex, please describe in detail what is needed.

    _____
    _____
    _____
    _____
    _____
    _____

    [ ]   A change in the following rule, policy or procedure. (Note: You may ask for changes in <u>how</u> you meet the terms of the lease, but everyone must continue to meet the terms of the lease.)

    _____
    _____
    _____

    [ ]   A change in my utility allowance (for medical device using electricity).

    _____
    _____
    _____

2/06

EXHIBIT 8

3. I need this reasonable accommodation so that I can:

   _____

   _____

   _____

   _____

4. You may verify that I have a disability and my need for this request by contacting:

   Name: _____

   Address: _____

   Phone: _____

   A statement from the above individual verifying the need for the accommodation is attached:

   Yes _____          No _____

5. If you asked for a change to your apartment or to the housing complex, please use this space to list any company or organization that might help us locate or build anything special that you need. (If you don't know of any, we will try to get this information ourselves.)

**I give you permission to contact the above individual for purposes of verifying that a family member or I has a disability and needs the reasonable accommodation requested above. I understand that the information you obtain will be kept completely confidential and used solely to determine if you will provide an accommodation.**

**Signed:** _____ **Date:** _____

2/06