# PUBLIC HOUSING ELECTRICAL ALLOWANCES
## 2006 UPDATE

EXHIBIT 9

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**     Electric
**Service Area:**   Hawaii (HELCO)

### Average Residential DSM Adjustments (per kWh)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.003418 | July-05 | $0.001570 |
| February-05 | $0.003418 | August-05 | $0.001570 |
| March-05 | $0.003418 | September-05 | $0.001570 |
| April-05 | $0.003418 | October-05 | $0.001570 |
| May-05 | $0.003418 | November-05 | $0.001570 |
| June-05 | $0.001570 | December-05 | $0.001570 |
| Average Adjustment | | | **$0.002340** |

### Average Energy Cost Adjustment Factors (per kWh)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.05120 | July-05 | $0.07764 |
| February-05 | $0.04502 | August-05 | $0.07501 |
| March-05 | $0.04089 | September-05 | $0.08585 |
| April-05 | $0.04448 | October-05 | $0.09189 |
| May-05 | $0.05790 | November-05 | $0.09343 |
| June-05 | $0.06244 | December-05 | $0.09726 |
| Average Adjustment | | | **$0.06858** |

### IRP Cost Recovery Provision

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | 0.000% | July-05 | 0.000% |
| February-05 | 0.000% | August-05 | 0.000% |
| March-05 | 0.000% | September-05 | 0.000% |
| April-05 | 0.000% | October-05 | 0.000% |
| May-05 | 0.000% | November-05 | 0.000% |
| June-05 | 0.000% | December-05 | 0.000% |
| Average Adjustment | | | **0.000%** |



# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**  Electric
**Service Area:**  Hawaii (HELCO)

### Summary of Rate Schedule -- Schedule "R"

| | |
|---|---|
| Monthly Customer Base Charge: | $10.00 |
| Non-Fuel Energy Charge: | $0.115238 |
| Base Fuel/Energy Charge: | $0.076132 |
| IRP Cost Recovery Provision (Applies to Above 3 Charges): | 0.000% |
| Average Residential DSM Adjustments: | $0.002340 |
| Average Energy Cost Adjustment Factors: | $0.06858 |

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

| | |
|---|---|
| **Utility Type:** | Electric |
| **Service Area:** | Hawaii (HELCO) |

### Consumption Allowances (kWh per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic | Cooking | Electric Water Heating* | Solar Water Heating** |
|---|---|---|---|---|---|---|---|
| 0 | 82 | 51 | 100 | 233 | 78 | 86 | 16 |
| 1 | 82 | 55 | 100 | 237 | 78 | 156 | 31 |
| 2 | 106 | 59 | 100 | 265 | 78 | 225 | 47 |
| 3 | 124 | 63 | 100 | 287 | 95 | 367 | 78 |
| 4 | 155 | 68 | 100 | 323 | 95 | 506 | 110 |
| 5 | 173 | 72 | 100 | 345 | 95 | 645 | 141 |

\* Includes Heat Pump Water Heater
\*\* Distribution by bedroom size based on number of occupants

### Cost Allowances ($ per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic*** | Cooking | Electric Water Heating | Solar Water Heating |
|---|---|---|---|---|---|---|---|
| 0 | $21.55 | $13.38 | $26.23 | $71.16 | $20.35 | $22.56 | $4.07 |
| 1 | $21.55 | $14.43 | $26.23 | $72.21 | $20.35 | $40.79 | $8.14 |
| 2 | $27.76 | $15.48 | $26.23 | $79.46 | $20.35 | $58.99 | $12.33 |
| 3 | $32.55 | $16.52 | $26.23 | $85.30 | $24.97 | $96.35 | $20.46 |
| 4 | $40.70 | $17.84 | $26.23 | $94.76 | $24.97 | $132.76 | $28.72 |
| 5 | $45.49 | $18.89 | $26.23 | $100.60 | $24.97 | $169.18 | $36.98 |

\*\*\* Total Basic Includes Monthly Customer Base Charge



# *2006 Allowances for Medical Equipment*

## Housing and Community Development Corporation of Hawaii

**Utility Type:** Electric
**Service Area:** Hawaii (HELCO)

| Description | Frequency | kWh/Year | kWh/Month | Monthly Dollar Allowance |
|---|---|---|---|---|
| Air Conditioner, window type, 10,000 BtuH unit | Continuously As Needed | 2,750 | 229 | $60.11 |
| Oxygen Concentrator, 400W | 18 Hrs/Day | 2,628 | 219 | $57.44 |
| Nebulizer, 75W | 2 Hrs/Day | 60 | 5 | $1.31 |
| Electric Hospital Bed, 200W | .2 Hrs/Day | 12 | 1 | $0.26 |
| Alternating Pressure Pad, 70W | 24 Hrs/Day | 612 | 51 | $13.38 |
| Low Air-Loss Mattress, 120W | 24 Hrs/Day | 1,056 | 88 | $23.08 |
| Power Wheelchair/ Scooter, 550W, Full-Time Use | 4 Hrs/Day Charge Time | 803 | 67 | $17.55 |
| Feeding Tube, 120W | 12 Hrs/Day | 526 | 44 | $11.49 |
| CPAP Machine, 30W | 10 Hrs/Day | 108 | 9 | $2.36 |

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

|  |  |
|---|---|
| **Utility Type:** | Electric |
| **Service Area:** | Kauai (KIUC) |

### Average Energy Adjustment Rate Factor (per kWh)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.07871 | July-05 | $0.11015 |
| February-05 | $0.07477 | August-05 | $0.11486 |
| March-05 | $0.09012 | September-05 | $0.13621 |
| April-05 | $0.11084 | October-05 | $0.14674 |
| May-05 | $0.11816 | November-05 | $0.16860 |
| June-05 | $0.10941 | December-05 | $0.13044 |
| **Average Adjustment** | | | **$0.1158** |

### Average Resource Cost Surcharge (per kWh)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.009156 | July-05 | $0.000823 |
| February-05 | $0.006942 | August-05 | $0.000823 |
| March-05 | $0.006942 | September-05 | $0.000823 |
| April-05 | $0.006942 | October-05 | $0.000823 |
| May-05 | $0.006942 | November-05 | $0.000823 |
| June-05 | $0.006942 | December-05 | $0.000823 |
| **Average Adjustment** | | | **$0.004067** |

### Summary of Rate Schedule -- Schedule "D"

| | |
|---|---|
| Monthly Customer Base Charge: | $9.72 |
| Fuel Charge: | $0.17489 |
| Average Energy Adjustment Rate Factor: | $0.1158 |
| Average Resource Cost Surcharge: | $0.00407 |

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

| | |
|---|---|
| **Utility Type:** | Electric |
| **Service Area:** | Kauai (KIUC) |

### Consumption Allowances (kWh per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic | Cooking | Electric Water Heating* | Solar Water Heating** |
|---|---|---|---|---|---|---|---|
| 0 | 82 | 51 | 100 | 233 | 78 | 86 | 16 |
| 1 | 82 | 55 | 100 | 237 | 78 | 156 | 31 |
| 2 | 106 | 59 | 100 | 265 | 78 | 225 | 47 |
| 3 | 124 | 63 | 100 | 287 | 95 | 367 | 78 |
| 4 | 155 | 68 | 100 | 323 | 95 | 506 | 110 |
| 5 | 173 | 72 | 100 | 345 | 95 | 645 | 141 |

* Includes Heat Pump Water Heater
** Distribution by bedroom size based on number of occupants

### Cost Allowances ($ per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic*** | Cooking | Electric Water Heating | Solar Water Heating |
|---|---|---|---|---|---|---|---|
| 0 | $24.22 | $15.03 | $29.47 | $78.44 | $22.87 | $25.34 | $4.57 |
| 1 | $24.22 | $16.21 | $29.47 | $79.61 | $22.87 | $45.83 | $9.14 |
| 2 | $31.19 | $17.39 | $29.47 | $87.77 | $22.87 | $66.28 | $13.85 |
| 3 | $36.57 | $18.57 | $29.47 | $94.33 | $28.06 | $108.26 | $22.99 |
| 4 | $45.73 | $20.04 | $29.47 | $104.96 | $28.06 | $149.17 | $22.99 |
| 5 | $51.11 | $21.22 | $29.47 | $111.52 | $28.06 | $190.09 | $41.55 |

*** Total Basic Includes Monthly Customer Base Charge



# *2006 Allowances for Medical Equipment*

## Housing and Community Development Corporation of Hawaii

**Utility Type:** Electric
**Service Area:** Kauai (KIUC)

| Description | Frequency | kWh/Year | kWh/Month | Monthly Dollar Allowance |
|---|---|---|---|---|
| Air Conditioner, window type, 10,000 BtuH unit | Continuously As Needed | 2,750 | 229 | $67.54 |
| Oxygen Concentrator, 400W | 18 Hrs/Day | 2,628 | 219 | $64.54 |
| Nebulizer, 75W | 2 Hrs/Day | 60 | 5 | $1.47 |
| Electric Hospital Bed, 200W | .2 Hrs/Day | 12 | 1 | $0.29 |
| Alternating Pressure Pad, 70W | 24 Hrs/Day | 612 | 51 | $15.03 |
| Low Air-Loss Mattress, 120W | 24 Hrs/Day | 1,056 | 88 | $25.93 |
| Power Wheelchair/ Scooter, 550W, Full-Time Use | 4 Hrs/Day Charge Time | 803 | 67 | $19.72 |
| Feeding Tube, 120W | 12 Hrs/Day | 526 | 44 | $12.91 |
| CPAP Machine, 30W | 10 Hrs/Day | 108 | 9 | $2.65 |

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:** Electric
**Service Area:** Maui (MECO)

## Average Residential DSM Adjustments (per kWh)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.006600 | July-05 | $0.003503 |
| February-05 | $0.006600 | August-05 | $0.003503 |
| March-05 | $0.006600 | September-05 | $0.003503 |
| April-05 | $0.006600 | October-05 | $0.003503 |
| May-05 | $0.006600 | November-05 | $0.003503 |
| June-05 | $0.006600 | December-05 | $0.003503 |
| Average Adjustment | | | $0.005052 |

## Average Energy Cost Adjustment Factors (per kWh)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.07994 | July-05 | $0.09597 |
| February-05 | $0.06660 | August-05 | $0.09772 |
| March-05 | $0.06456 | September-05 | $0.10134 |
| April-05 | $0.07898 | October-05 | $0.12367 |
| May-05 | $0.08762 | November-05 | $0.12957 |
| June-05 | $0.09971 | December-05 | $0.13840 |
| Average Adjustment | | | $0.09701 |

## IRP Cost Recovery Provision

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | 0.179% | July-05 | 0.143% |
| February-05 | 0.179% | August-05 | 0.143% |
| March-05 | 0.179% | September-05 | 0.143% |
| April-05 | 0.179% | October-05 | 0.143% |
| May-05 | 0.179% | November-05 | 0.143% |
| June-05 | 0.179% | December-05 | 0.143% |
| Average Adjustment | | | 0.161% |

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

|  |  |
|---|---|
| **Utility Type:** | Electric |
| **Service Area:** | Maui (MECO) |

### Summary of Rate Schedule -- Schedule "R"

| | |
|---|---|
| Monthly Customer Base Charge: | $7.50 |
| Non-Fuel Energy Charge: | $0.082940 |
| Base Fuel/Energy Charge: | $0.045937 |
| IRP Cost Recovery Provision (Applies to Above 3 Charges): | 0.161% |
| Average Residential DSM Adjustments: | $0.005052 |
| Average Energy Cost Adjustment Factors: | $0.09701 |



# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**  Electric
**Service Area:**  Maui (MECO)

### Consumption Allowances (kWh per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic | Cooking | Electric Water Heating* | Solar Water Heating** |
|---|---|---|---|---|---|---|---|
| 0 | 82 | 51 | 100 | 233 | 78 | 86 | 16 |
| 1 | 82 | 55 | 100 | 237 | 78 | 156 | 31 |
| 2 | 106 | 59 | 100 | 265 | 78 | 225 | 47 |
| 3 | 124 | 63 | 100 | 287 | 95 | 367 | 78 |
| 4 | 155 | 68 | 100 | 323 | 95 | 506 | 110 |
| 5 | 173 | 72 | 100 | 345 | 95 | 645 | 141 |

\* Includes Heat Pump Water Heater
\*\* Distribution by bedroom size based on number of occupants

### Cost Allowances ($ per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic*** | Cooking | Electric Water Heating | Solar Water Heating |
|---|---|---|---|---|---|---|---|
| 0 | $18.99 | $11.79 | $23.11 | $61.41 | $17.94 | $19.88 | $3.59 |
| 1 | $18.99 | $12.71 | $23.11 | $62.33 | $17.94 | $35.94 | $7.17 |
| 2 | $24.46 | $13.64 | $23.11 | $68.73 | $17.94 | $51.99 | $10.86 |
| 3 | $28.68 | $14.56 | $23.11 | $73.87 | $22.00 | $84.91 | $18.03 |
| 4 | $35.87 | $15.72 | $23.11 | $82.21 | $22.00 | $117.00 | $18.03 |
| 5 | $40.08 | $16.64 | $23.11 | $87.35 | $22.00 | $149.09 | $32.59 |

\*\*\* Total Basic Includes Monthly Customer Base Charge

# *2006 Allowances for Medical Equipment*

## Housing and Community Development Corporation of Hawaii

Utility Type:        Electric
Service Area:       Maui (MECO)

| Description | Frequency | kWh/Year | kWh/Month | Monthly Dollar Allowance |
|---|---|---|---|---|
| Air Conditioner, window type, 10,000 BtuH unit | Continuously As Needed | 2,750 | 229 | $52.97 |
| Oxygen Concentrator, 400W | 18 Hrs/Day | 2,628 | 219 | $50.62 |
| Nebulizer, 75W | 2 Hrs/Day | 60 | 5 | $1.16 |
| Electric Hospital Bed, 200W | .2 Hrs/Day | 12 | 1 | $0.23 |
| Alternating Pressure Pad, 70W | 24 Hrs/Day | 612 | 51 | $11.79 |
| Low Air-Loss Mattress, 120W | 24 Hrs/Day | 1,056 | 88 | $20.34 |
| Power Wheelchair/ Scooter, 550W, Full-Time Use | 4 Hrs/Day Charge Time | 803 | 67 | $15.47 |
| Feeding Tube, 120W | 12 Hrs/Day | 526 | 44 | $10.12 |
| CPAP Machine, 30W | 10 Hrs/Day | 108 | 9 | $2.08 |



# *2006 Rate Calculation Form*

### Housing and Community Development Corporation of Hawaii

**Utility Type:** Electric
**Service Area:** Molokai (MECO)

## Average Residential DSM Adjustments (per kWh)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.006600 | July-05 | $0.003503 |
| February-05 | $0.006600 | August-05 | $0.003503 |
| March-05 | $0.006600 | September-05 | $0.003503 |
| April-05 | $0.006600 | October-05 | $0.003503 |
| May-05 | $0.006600 | November-05 | $0.003503 |
| June-05 | $0.006600 | December-05 | $0.003503 |
| Average Adjustment | | | $0.005052 |

## Average Energy Cost Adjustment Factors (per kWh)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.09096 | July-05 | $0.10382 |
| February-05 | $0.08195 | August-05 | $0.10421 |
| March-05 | $0.07233 | September-05 | $0.10991 |
| April-05 | $0.08107 | October-05 | $0.12519 |
| May-05 | $0.09653 | November-05 | $0.13649 |
| June-05 | $0.11124 | December-05 | $0.14889 |
| Average Adjustment | | | $0.10522 |

## IRP Cost Recovery Provision

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | 0.133% | July-05 | 0.114% |
| February-05 | 0.133% | August-05 | 0.114% |
| March-05 | 0.133% | September-05 | 0.114% |
| April-05 | 0.133% | October-05 | 0.114% |
| May-05 | 0.133% | November-05 | 0.114% |
| June-05 | 0.133% | December-05 | 0.114% |
| Average Adjustment | | | 0.124% |



# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**   Electric
**Service Area:**   Molokai (MECO)

### Summary of Rate Schedule -- Schedule "R"

| | |
|---|---|
| Monthly Customer Base Charge: | $7.50 |
| Non-Fuel Energy Charge: | $0.120392 |
| Base Fuel/Energy Charge: | $0.053991 |
| IRP Cost Recovery Provision (Applies to Above 3 Charges): | 0.124% |
| Average Residential DSM Adjustments: | $0.005052 |
| Average Energy Cost Adjustment Factors: | $0.10522 |



# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

| | |
|---|---|
| **Utility Type:** | Electric |
| **Service Area:** | Molokai (MECO) |

### Consumption Allowances (kWh per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic | Cooking | Electric Water Heating* | Solar Water Heating** |
|---|---|---|---|---|---|---|---|
| 0 | 82 | 51 | 100 | 233 | 78 | 86 | 16 |
| 1 | 82 | 55 | 100 | 237 | 78 | 156 | 31 |
| 2 | 106 | 59 | 100 | 265 | 78 | 225 | 47 |
| 3 | 124 | 63 | 100 | 287 | 95 | 367 | 78 |
| 4 | 155 | 68 | 100 | 323 | 95 | 506 | 110 |
| 5 | 173 | 72 | 100 | 345 | 95 | 645 | 141 |

\* Includes Heat Pump Water Heater
\*\* Distribution by bedroom size based on number of occupants

### Cost Allowances ($ per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic*** | Cooking | Electric Water Heating | Solar Water Heating |
|---|---|---|---|---|---|---|---|
| 0 | $23.41 | $14.53 | $28.49 | $73.93 | $22.11 | $24.50 | $4.42 |
| 1 | $23.41 | $15.67 | $28.49 | $75.07 | $22.11 | $44.30 | $8.84 |
| 2 | $30.15 | $16.81 | $28.49 | $82.95 | $22.11 | $64.07 | $13.39 |
| 3 | $35.35 | $17.95 | $28.49 | $89.29 | $27.12 | $104.64 | $22.23 |
| 4 | $44.20 | $19.37 | $28.49 | $99.57 | $27.12 | $144.19 | $31.20 |
| 5 | $49.40 | $20.51 | $28.49 | $105.91 | $27.12 | $183.74 | $40.17 |

\*\*\*Total Basic Includes Monthly Customer Base Charge

# *2006 Allowances for Medical Equipment*

### Housing and Community Development Corporation of Hawaii

**Utility Type:** Electric
**Service Area:** Molokai (MECO)

| Description | Frequency | kWh/Year | kWh/Month | Monthly Dollar Allowance |
|---|---|---|---|---|
| Air Conditioner, window type, 10,000 BtuH unit | Continuously As Needed | 2,750 | 229 | $65.28 |
| Oxygen Concentrator, 400W | 18 Hrs/Day | 2,628 | 219 | $62.39 |
| Nebulizer, 75W | 2 Hrs/Day | 60 | 5 | $1.42 |
| Electric Hospital Bed, 200W | .2 Hrs/Day | 12 | 1 | $0.28 |
| Alternating Pressure Pad, 70W | 24 Hrs/Day | 612 | 51 | $14.53 |
| Low Air-Loss Mattress, 120W | 24 Hrs/Day | 1,056 | 88 | $25.07 |
| Power Wheelchair/ Scooter, 550W, Full-Time Use | 4 Hrs/Day Charge Time | 803 | 67 | $19.06 |
| Feeding Tube, 120W | 12 Hrs/Day | 526 | 44 | $12.48 |
| CPAP Machine, 30W | 10 Hrs/Day | 108 | 9 | $2.56 |

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

|                    |              |
|--------------------|--------------|
| **Utility Type:**  | Electric     |
| **Service Area:**  | Oahu (HECO)  |

### Average Residential DSM Adjustments (per kWh)

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | $0.002271 | July-05 | $0.002740 |
| February-05 | $0.002271 | August-05 | $0.002740 |
| March-05 | $0.002271 | September-05 | $0.002740 |
| April-05 | $0.002271 | October-05 | $0.002740 |
| May-05 | $0.002740 | November-05 | $0.002740 |
| June-05 | $0.002740 | December-05 | $0.002740 |
| **Average Adjustment** | | | **$0.002584** |

### Average Energy Cost Adjustment Factors (per kWh)

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | $0.03578 | July-05 | $0.05452 |
| February-05 | $0.03061 | August-05 | $0.05552 |
| March-05 | $0.02985 | September-05 | $0.06088 |
| April-05 | $0.03728 | October-05 | $0.06469 |
| May-05 | $0.04369 | November-05 | $0.06554 |
| June-05 | $0.05037 | December-05 | $0.06331 |
| **Average Adjustment** | | | **$0.04934** |

### IRP Cost Recovery Provision

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | 0.000% | July-05 | 0.373% |
| February-05 | 0.000% | August-05 | 0.373% |
| March-05 | 0.000% | September-05 | 0.000% |
| April-05 | 0.000% | October-05 | 0.000% |
| May-05 | 0.000% | November-05 | 0.000% |
| June-05 | 0.373% | December-05 | 0.000% |
| **Average Adjustment** | | | **0.093%** |




# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:** Electric
**Service Area:** Oahu (HECO)

### Rate Adjustment

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | -0.377% | July-05 | -0.431% |
| February-05 | -0.394% | August-05 | -0.407% |
| March-05 | -0.394% | September-05 | -0.407% |
| April-05 | -0.394% | October-05 | -0.006% |
| May-05 | -0.431% | November-05 | 0.019% |
| June-05 | -0.431% | December-05 | 0.019% |
| **Average Adjustment** | | | **-0.303%** |

### Summary of Rate Schedule -- Schedule "R"

| | |
|---|---|
| Monthly Customer Base Charge: | $7.46 |
| Non-Fuel Energy Charge: | $0.082950 |
| Base Fuel/Energy Charge: | $0.037459 |
| IRP Cost Recovery Provision (Applies to Above 3 Charges): | 0.093% |
| Rate Adjustment (Applies to Above 3 Charges): | -0.303% |
| Average Residential DSM Adjustments: | $0.002584 |
| Average Energy Cost Adjustment Factors: | $0.04934 |

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

Utility Type:    Electric
Service Area:    Oahu (HECO)

## Consumption Allowances (kWh per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic | Cooking | Electric Water Heating* | Solar Water Heating** |
|---|---|---|---|---|---|---|---|
| 0 | 82 | 51 | 100 | 233 | 78 | 86 | 16 |
| 1 | 82 | 55 | 100 | 237 | 78 | 156 | 31 |
| 2 | 106 | 59 | 100 | 265 | 78 | 225 | 47 |
| 3 | 124 | 63 | 100 | 287 | 95 | 367 | 78 |
| 4 | 155 | 68 | 100 | 323 | 95 | 506 | 110 |
| 5 | 173 | 72 | 100 | 345 | 95 | 645 | 141 |

\* Includes Heat Pump Water Heater
\*\* Distribution by bedroom size based on number of occupants

## Cost Allowances ($ per Month)

| Bedroom Size | Lights | Misc. | Refrig. | Total Basic*** | Cooking | Electric Water Heating | Solar Water Heating |
|---|---|---|---|---|---|---|---|
| 0 | $14.14 | $8.78 | $17.21 | $47.57 | $13.35 | $14.80 | $2.67 |
| 1 | $14.14 | $9.46 | $17.21 | $48.26 | $13.35 | $26.76 | $5.34 |
| 2 | $18.21 | $10.15 | $17.21 | $53.02 | $13.35 | $38.70 | $8.09 |
| 3 | $21.35 | $10.84 | $17.21 | $56.84 | $16.38 | $63.21 | $13.43 |
| 4 | $26.70 | $11.70 | $17.21 | $63.05 | $16.38 | $87.10 | $18.84 |
| 5 | $29.84 | $12.39 | $17.21 | $66.88 | $16.38 | $110.99 | $24.26 |

\*\*\*Total Basic Includes Monthly Customer Base Charge

# *2006 Allowances for Medical Equipment*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**    Electric
**Service Area:**    Oahu (HECO)

| Description | Frequency | kWh/Year | kWh/Month | Monthly Dollar Allowance |
|---|---|---|---|---|
| Air Conditioner, window type, 10,000 BtuH unit | Continuously As Needed | 2,750 | 229 | $39.43 |
| Oxygen Concentrator, 400W | 18 Hrs/Day | 2,628 | 219 | $37.68 |
| Nebulizer, 75W | 2 Hrs/Day | 60 | 5 | $0.86 |
| Electric Hospital Bed, 200W | .2 Hrs/Day | 12 | 1 | $0.17 |
| Alternating Pressure Pad, 70W | 24 Hrs/Day | 612 | 51 | $8.78 |
| Low Air-Loss Mattress, 120W | 24 Hrs/Day | 1,056 | 88 | $15.14 |
| Power Wheelchair/ Scooter, 550W, Full-Time Use | 4 Hrs/Day Charge Time | 803 | 67 | $11.51 |
| Feeding Tube, 120W | 12 Hrs/Day | 526 | 44 | $7.54 |
| CPAP Machine, 30W | 10 Hrs/Day | 108 | 9 | $1.55 |

# PUBLIC HOUSING GAS ALLOWANCES
## 2006 UPDATE



# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**   LP -- Utility
**Service Area:**   Hawaii -- Hilo

### Fuel Adjustment Cost (FAC) (per Therm)

| Month | Amount | Month | Amount |
|---|---|---|---|
| January-05 | $0.4964 | July-05 | $0.6998 |
| February-05 | $0.5722 | August-05 | $0.7295 |
| March-05 | $0.6133 | September-05 | $0.7002 |
| April-05 | $0.6133 | October-05 | $0.6995 |
| May-05 | $0.6133 | November-05 | $0.8042 |
| June-05 | $0.6643 | December-05 | $0.9502 |
| **Average Adjustment** | | | **$0.6797** |

### Summary of Rate Schedule -- Schedule 420 - Residential

Monthly Customer Base Charge:    $6.75

Commodity Charge -- All Therms    $2.9500

Average Fuel Adjustment Cost:    $0.6797

Applicable Tax Rate    4.166%

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

|  |  |
|---|---|
| **Utility Type:** | LP -- Utility |
| **Service Area:** | Hawaii -- Hilo |

## Consumption Allowances (Therms per Month)

| Bedroom Size | Cooking | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | 4.50 | 7.83 |
| 1 | 4.50 | 11.00 |
| 2 | 4.50 | 14.17 |
| 3 | 5.50 | 20.58 |
| 4 | 5.50 | 26.92 |
| 5 | 5.50 | 33.25 |

## Cost Allowances ($ per Month)

| Bedroom Size | Cooking** | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | $24.05 | $29.62 |
| 1 | $24.05 | $41.59 |
| 2 | $24.05 | $53.56 |
| 3 | $27.83 | $77.82 |
| 4 | $27.83 | $101.77 |
| 5 | $27.83 | $125.71 |

**Total Basic Includes Monthly Customer Base Charge

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**    LP -- Utility
**Service Area:**    Hawaii -- Kona

## Fuel Adjustment Cost (FAC) (per Therm)

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | $0.4964 | July-05 | $0.6998 |
| February-05 | $0.5722 | August-05 | $0.7295 |
| March-05 | $0.6133 | September-05 | $0.7002 |
| April-05 | $0.6133 | October-05 | $0.6995 |
| May-05 | $0.6133 | November-05 | $0.8042 |
| June-05 | $0.6643 | December-05 | $0.9502 |
| **Average Adjustment** | | | **$0.6797** |

## Summary of Rate Schedule -- Schedule 520 - Residential

Monthly Customer Base Charge:    $6.75

Commodity Charge -- All Therms    $2.9500

Average Fuel Adjustment Cost:    $0.6797

Applicable Tax Rate    4.166%

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

**Utility Type:** LP -- Utility
**Service Area:** Hawaii -- Kona

### Consumption Allowances (Therms per Month)

| Bedroom Size | Cooking | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | 4.50 | 7.83 |
| 1 | 4.50 | 11.00 |
| 2 | 4.50 | 14.17 |
| 3 | 5.50 | 20.58 |
| 4 | 5.50 | 26.92 |
| 5 | 5.50 | 33.25 |

### Cost Allowances ($ per Month)

| Bedroom Size | Cooking** | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | $24.05 | $29.62 |
| 1 | $24.05 | $41.59 |
| 2 | $24.05 | $53.56 |
| 3 | $27.83 | $77.82 |
| 4 | $27.83 | $101.77 |
| 5 | $27.83 | $125.71 |

**Total Basic Includes Monthly Customer Base Charge

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**     LP -- Utility
**Service Area:**     Kauai

### Fuel Adjustment Cost (FAC) (per Therm)

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | $0.4964 | July-05 | $0.6998 |
| February-05 | $0.5722 | August-05 | $0.7295 |
| March-05 | $0.6133 | September-05 | $0.7002 |
| April-05 | $0.6133 | October-05 | $0.6995 |
| May-05 | $0.6133 | November-05 | $0.8042 |
| June-05 | $0.6643 | December-05 | $0.9502 |
| **Average Adjustment** | | | **$0.6797** |

### Summary of Rate Schedule -- Schedule 320 - Residential

Monthly Customer Base Charge:     $6.75

Commodity Charge -- All Therms     $2.6000

Average Fuel Adjustment Cost:     $0.6797

Applicable Tax Rate     4.166%

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

Utility Type:          LP -- Utility
Service Area:          Kauai

### Consumption Allowances (Therms per Month)

| Bedroom Size | Cooking | Individual Water Heating |
|---|---|---|
| 0 | 4.50 | 7.83 |
| 1 | 4.50 | 11.00 |
| 2 | 4.50 | 14.17 |
| 3 | 5.50 | 20.58 |
| 4 | 5.50 | 26.92 |
| 5 | 5.50 | 33.25 |

### Cost Allowances ($ per Month)

| Bedroom Size | Cooking** | Individual Water Heating |
|---|---|---|
| 0 | $22.40 | $26.76 |
| 1 | $22.40 | $37.58 |
| 2 | $22.40 | $48.40 |
| 3 | $25.82 | $70.32 |
| 4 | $25.82 | $91.96 |
| 5 | $25.82 | $113.59 |

**Total Basic Includes Monthly Customer Base Charge



# *2006 Rate Calculation Form*

### Housing and Community Development Corporation of Hawaii

**Utility Type:**   LP -- Utility
**Service Area:**   Maui

## Fuel Adjustment Cost (FAC) (per Therm)

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | $0.4964 | July-05 | $0.6998 |
| February-05 | $0.5722 | August-05 | $0.7295 |
| March-05 | $0.6133 | September-05 | $0.7002 |
| April-05 | $0.6133 | October-05 | $0.6995 |
| May-05 | $0.6133 | November-05 | $0.8042 |
| June-05 | $0.6643 | December-05 | $0.9502 |
| Average Adjustment | | | $0.6797 |

## Summary of Rate Schedule -- Schedule 120 - Residential

Monthly Customer Base Charge:   $6.75

Commodity Charge -- All Therms   $2.1740

Average Fuel Adjustment Cost:   $0.6797

Applicable Tax Rate   4.166%

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

| | |
|---|---|
| **Utility Type:** | LP -- Utility |
| **Service Area:** | Maui |

**Consumption Allowances (Therms per Month)**

| Bedroom Size | Cooking | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | 4.50 | 7.83 |
| 1 | 4.50 | 11.00 |
| 2 | 4.50 | 14.17 |
| 3 | 5.50 | 20.58 |
| 4 | 5.50 | 26.92 |
| 5 | 5.50 | 33.25 |

**Cost Allowances ($ per Month)**

| Bedroom Size | Cooking** | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | $20.41 | $23.29 |
| 1 | $20.41 | $32.70 |
| 2 | $20.41 | $42.11 |
| 3 | $23.38 | $61.19 |
| 4 | $23.38 | $80.01 |
| 5 | $23.38 | $98.84 |

**Total Basic Includes Monthly Customer Base Charge

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**     LP -- Utility
**Service Area:**     Molokai

## Fuel Adjustment Cost (FAC) (per Therm)

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | $0.4964 | July-05 | $0.6998 |
| February-05 | $0.5722 | August-05 | $0.7295 |
| March-05 | $0.6133 | September-05 | $0.7002 |
| April-05 | $0.6133 | October-05 | $0.6995 |
| May-05 | $0.6133 | November-05 | $0.8042 |
| June-05 | $0.6643 | December-05 | $0.9502 |
| Average Adjustment | | | $0.6797 |

## Summary of Rate Schedule -- Schedule 220 - Residential

Monthly Customer Base Charge:      $6.75

Commodity Charge -- All Therms     $2.3600

Average Fuel Adjustment Cost:      $0.6797

Applicable Tax Rate      4.166%



# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

| | |
|---|---|
| **Utility Type:** | LP -- Utility |
| **Service Area:** | Molokai |

### Consumption Allowances (Therms per Month)

| Bedroom Size | Cooking | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | 4.50 | 7.83 |
| 1 | 4.50 | 11.00 |
| 2 | 4.50 | 14.17 |
| 3 | 5.50 | 20.58 |
| 4 | 5.50 | 26.92 |
| 5 | 5.50 | 33.25 |

### Cost Allowances ($ per Month)

| Bedroom Size | Cooking** | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | $21.28 | $24.80 |
| 1 | $21.28 | $34.83 |
| 2 | $21.28 | $44.86 |
| 3 | $24.45 | $65.17 |
| 4 | $24.45 | $85.23 |
| 5 | $24.45 | $105.28 |

**Total Basic Includes Monthly Customer Base Charge



# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**  LP -- Utility
**Service Area:**  Oahu

### Fuel Adjustment Cost (FAC) (per Therm)

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | $0.8990 | July-05 | $1.0110 |
| February-05 | $0.7539 | August-05 | $1.0291 |
| March-05 | $0.7311 | September-05 | $1.1300 |
| April-05 | $0.8198 | October-05 | $1.2757 |
| May-05 | $0.9478 | November-05 | $1.3733 |
| June-05 | $1.0193 | December-05 | $1.3457 |
| **Average Adjustment** | | | **$1.0280** |

### Summary of Rate Schedule -- Schedule 20 - Residential

Monthly Customer Base Charge:  $6.75

Commodity Charge -- All Therms  $2.1070

Average Fuel Adjustment Cost:  $1.0280

Applicable Tax Rate  4.166%

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**     LP -- Utility
**Service Area:**     Oahu

### Consumption Allowances (Therms per Month)

| Bedroom Size | Cooking | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | 4.50 | 7.83 |
| 1 | 4.50 | 11.00 |
| 2 | 4.50 | 14.17 |
| 3 | 5.50 | 20.58 |
| 4 | 5.50 | 26.92 |
| 5 | 5.50 | 33.25 |

### Cost Allowances ($ per Month)

| Bedroom Size | Cooking** | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | $21.73 | $25.58 |
| 1 | $21.73 | $35.92 |
| 2 | $21.73 | $46.26 |
| 3 | $24.99 | $67.22 |
| 4 | $24.99 | $87.90 |
| 5 | $24.99 | $108.58 |

**\*\*Total Basic Includes Monthly Customer Base Charge**

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:** SNG -- Utility
**Service Area:** Oahu

### Fuel Adjustment Cost (FAC) (per Therm)

| Month | Amount | Month | Amount |
|-------|--------|-------|--------|
| January-05 | $0.8990 | July-05 | $1.0110 |
| February-05 | $0.7539 | August-05 | $1.0291 |
| March-05 | $0.7311 | September-05 | $1.1300 |
| April-05 | $0.8198 | October-05 | $1.2757 |
| May-05 | $0.9478 | November-05 | $1.3733 |
| June-05 | $1.0193 | December-05 | $1.3457 |
| **Average Adjustment** | | | **$1.0280** |

### Summary of Rate Schedule -- Schedule 20 - Residential

Monthly Customer Base Charge:     $6.75

Commodity Charge -- All Therms     $2.1070

Average Fuel Adjustment Cost:     $1.0280

Applicable Tax Rate     4.166%

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

**Utility Type:** SNG -- Utility
**Service Area:** Oahu

### Consumption Allowances (Therms per Month)

| Bedroom Size | Cooking | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | 4.50 | 7.83 |
| 1 | 4.50 | 11.00 |
| 2 | 4.50 | 14.17 |
| 3 | 5.50 | 20.58 |
| 4 | 5.50 | 26.92 |
| 5 | 5.50 | 33.25 |

### Cost Allowances ($ per Month)

| Bedroom Size | Cooking** | Individual Water Heating |
|:---:|:---:|:---:|
| 0 | $21.73 | $25.58 |
| 1 | $21.73 | $35.92 |
| 2 | $21.73 | $46.26 |
| 3 | $24.99 | $67.22 |
| 4 | $24.99 | $87.90 |
| 5 | $24.99 | $108.58 |

**Total Basic Includes Monthly Customer Base Charge

# *2006 Rate Calculation Form*

## Housing and Community Development Corporation of Hawaii

**Utility Type:**  LP -- Nonutility
**Service Area:**   Oahu

### <u>Summary of Rate Schedule -- Nonutility - Residential</u>

| | |
|---|---|
| Monthly Customer Base Charge: | $7.00 |
| Commodity Charge -- Per Gallon | $3.3800 |
| Applicable Tax Rate | 4.166% |

# *2006 Utility Allowance Update*

## Housing and Community Development Corporation of Hawaii

| | |
|---|---|
| **Utility Type:** | LP -- Nonutility |
| **Service Area:** | Oahu |

### Existing Consumption Allowances (Gallons per Month)

| Bedroom Size | Cooking | Individual Water Heating |
|---|---|---|
| 0 | 4.93 | 8.58 |
| 1 | 4.93 | 12.05 |
| 2 | 4.93 | 15.51 |
| 3 | 6.02 | 22.54 |
| 4 | 6.02 | 29.47 |
| 5 | 6.02 | 36.41 |

### Cost Allowances ($ per Month)

| Bedroom Size | Cooking** | Individual Water Heating |
|---|---|---|
| 0 | $24.64 | $30.20 |
| 1 | $24.64 | $42.41 |
| 2 | $24.64 | $54.62 |
| 3 | $28.50 | $79.35 |
| 4 | $28.50 | $103.77 |
| 5 | $28.50 | $128.19 |

**Total Basic Includes Monthly Customer Base Charge