IN THE UNITED STATES DISTRICT COURT

OF HAWAII

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii,<br><br>　　　　Defendants.<br>_____ | CIVIL NO. CV04 00508<br>　　　　　ACK BMK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
------

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following by depositing the same in the United States mail, postage prepaid, as addressed below:

145122_1.DOC

SHELBY ANNE FLOYD
PAUL ALSTON
74-5620 Palani Road, Suite 104
KAMUELA HI  96740

Attorneys for Plaintiffs


DATED:  Honolulu, Hawaii, February 22, 2007.

                          JOHN C. WONG
                          Attorneys for Defendants
                          STEPHANIE AVEIRO and
                          HOUSING AND COMMUNITY
                          DEVELOPMENT CORPORATION
                          OF HAWAII