# MINUTES

CASE NUMBER:     CV NO. 04-00508ACK-BMK

CASE NAME:        Mara Amone, etc. Vs. Stephanie Aeiro, etc.

ATTYS FOR PLA:    Gavin K. Thornton

ATTYS FOR DEFT:   John C. Wong

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Gloria Bediamol |
| DATE: | 05/21/2007 | TIME: | 9:35am-9:48am |

COURT ACTION:  EP: Joint Motion for Preliminary Settlement Approval-Court grants preliminary approval of the settlement reached in this case.  Class Counsel to file an affidavit regarding attorney fees and cost alleged in the Settlement Agreement.  Final Fairness Hearing will be set for a date in August, 2007.

Court to issue a written Order.

Submitted by Leslie L. Sai, Courtroom Manager