Of Counsel:

LAWYERS FOR EQUAL JUSTICE

GAVIN K. THORNTON        7922
PO Box 37952
Honolulu, HI 96837
Telephone: (808) 542-5203
Facsimile: (808) 262-4727
Email: gavinthornton@gmail.com

ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

SHELBY ANNE FLOYD       1724-0
PAUL ALSTON             1126-0
Palani Court Suite 104
74-5620 Palani Road
Kailua-Kona, HI 96740
Telephone: (808) 326-7979
Facsimile: (808) 326-4779
E-Mail:   sfloyd@ahfi.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v. | Civil No. CV04-00508 ACK/BMK<br><br>**DECLARATION OF GAVIN THORNTON**; **EXHIBIT "A"**; **CERTIFICATE OF SERVICE** |

1

| | |
|---|---|
| STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii. | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

## **DECLARATION OF GAVIN THORNTON**

I, GAVIN THORNTON, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1. I am an attorney and the acting director for the law firm of Lawyers for Equal Justice ("LEJ"), counsel for Plaintiffs herein.

2. I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3. I received my J.D. degree from the University of Virginia School of Law in 2002, and was admitted to the bar in Washington State in 2002, and Hawaii in 2003.

4. I began working with the Legal Aid Society of Hawaii in 2002. Since that time, the focus of my practice has been on advocating for public housing tenant rights. I am especially familiar with the portions of

2

the U.S. Housing Act applicable to the federally subsidized housing projects that are the subject of this litigation. I have received extensive training in public housing law and am a member of the Housing Justice Network, a nationwide organization of attorneys specializing in public housing law.

      5.    Attached as Exhibit "A" is a schedule showing the time billed to this matter by LEJ, and the identity of the persons billing the time. The time incurred was necessary to accomplish the favorable results obtained in this action. The low hourly rate reflected on the billing statement was offered for the purposes of settlement and is lower than what I would have otherwise billed. Additionally, the significant number of hours expended since December 1, 2005 to finally resolve this matter have not been included in the billing.

      I declare under the penalty of perjury that the foregoing is true and correct.

      DATED: Honolulu, Hawaii, June 22, 2007.

                            /s/ Gavin Thornton
                            GAVIN THORNTON