| MARA AMONE | | | | INVOICE | 6/13/2007 |
|---|---|---|---|---|---|
| | | | | | Page 1 of 9 |

| Date | By | Time | Amount | Description |
|---|---|---|---|---|
| 1/29/2004 | GKT | 0.40 | 60.00 | **Legal Research:** Issue: Research causes of action for HCDCH failure to comply with federal regulations regarding utility allowance adjustments for disabled tenants. Pleading: Complaint. |
| 2/14/2004 | GKT | 1.70 | 255.00 | **Legal Research:** Issue: Research causes of action for HCDCH failure to comply with federal regulations regarding utility allowance adjustments for disabled tenants. Pleading: Complaint. |
| 3/8/2004 | GKT | 3.40 | 510.00 | **Legal Research:** Issue: Research causes of action for HCDCH failure to comply with federal regulations regarding utility allowance adjustments for disabled tenants. Pleading: Complaint. |
| 3/9/2004 | GKT | 0.20 | 30.00 | **Legal Research:** Issue: Research Fair Housing Act cause of action for HCDCH failure to comply with federal regulations regarding utility allowance adjustments for disabled tenants. Pleading: Complaint. |
| 4/6/2004 | GKT | 2.00 | 300.00 | **Legal Research:** Issue: Research requirements for making claims under the Fair Housing Act, ADA, and Section 504. Pleading: Complaint. |
| 5/5/2004 | GKT | 1.00 | 150.00 | **Legal Research:** Issue: Research and draft memo re damages. |
| 5/5/2004 | GKT | 2.10 | 315.00 | **Draft Pleading:** Complaint |
| 5/6/2004 | GKT | 1.10 | 165.00 | **Legal Research:** Issue: Research and draft memo re exhaustion. |
| 5/7/2004 | GKT | 1.00 | 150.00 | **Teleconference:** Participants: S. Floyd; S. Dorsey; G. Thornton. Reason: Discuss general litigation strategy. |
| 7/1/2004 | GKT | 0.40 | 60.00 | **Legal Research:** Issue: Research re sovereign immunity. |
| 7/1/2004 | GKT | 1.40 | 210.00 | **Draft Pleading:** Complaint |
| 7/2/2004 | GKT | 0.30 | 45.00 | **Correspondence:** Type and Addressee: Memo to S. Floyd Reason: Advise re revisions to Complaint |
| 7/2/2004 | GKT | 1.70 | 255.00 | **Draft Pleading:** Draft and revise Complaint |
| 7/2/2004 | GKT | 0.20 | 30.00 | **Telephone Conversation:** Participants: G. Thornton and Mara Amone Reason: Verify facts for allegations in Complaint |
| 7/5/2004 | GKT | 0.10 | 15.00 | **Correspondence:** Type and Addressee: E-mail to S. Floyd Reason: Question regarding complaint. |
| 7/5/2004 | GKT | 0.30 | 45.00 | **Correspondence:** Type and Addressee: Letter to Mara Amone Regarding: Advice and discussion re scope of representation. |
| 7/5/2004 | GKT | 0.30 | 45.00 | **Draft Pleading:** Edit Complaint |
| 7/6/2004 | GKT | 0.50 | 75.00 | **Meeting:** Participants: Mara Amone, G. Thornton. Reason: Gather facts and provide client with counsel and advice. |

# EXHIBIT A

Lawyers for Equal Justice

MARA AMONE                                          INVOICE                                          6/13/2007
                                                                                                     Page 2 of 9

| Date | By | Time | Amount | Description |
|---|---|---|---|---|
| 7/29/2004 | GKT | 1.50 | 225.00 | **Correspondence:** <u>Type and Addressee</u>: Memo to S. Floyd  <u>Reason:</u> Regarding acceptable settlement terms. |
| 7/29/2004 | GKT | 0.30 | 45.00 | **Telephone Conversation:** <u>Participants:</u> S. Floyd and G. Thornton  <u>Reason:</u> Discuss settlement proposal |
| 7/29/2004 | GKT | 0.10 | 15.00 | **Review:** Review revisions made by S. Floyd to memo re acceptable settlement terms. |
| 8/2/2004 | GKT | 0.70 | 105.00 | **Review File:** <u>Reason:</u> Review and prep file for settlement meeting |
| 8/2/2004 | GKT | 0.10 | 15.00 | **Telephone Conversation:** <u>Participants:</u> S. Floyd and G. Thornton  <u>Reason:</u> Confer/prepare for settlement meeting |
| 8/2/2004 | GKT | 0.30 | 45.00 | **Draft Other:** Review and revise statute of limitations tolling agreement |
| 8/3/2004 | GKT | 1.50 | 225.00 | **Travel:** Travel to and from Big Island to Oahu for settlement meeting with S. Floyd, S. Dorsey, John C. Wong (J. Wong), Margaret A. Leong (M. Leong), and G. Thornton. |
| 8/3/2004 | GKT | 0.60 | 90.00 | **Meeting:** <u>Participants:</u> JWC, M. Leong, S. Floyd, G. Thornton, S. Dorsey.  <u>Reason:</u> Settlement meeting |
| 8/3/2004 | GKT | 0.20 | 30.00 | **Meeting:** <u>Participants:</u> S. Floyd, G. Thornton, S. Dorsey.  <u>Reason:</u> Discuss general case strategy |
| 8/17/2004 | GKT | 1.90 | 285.00 | **Travel**: Travel to and from Big Island to Oahu for settlement conference with Magistrate Barry M. Kurren. |
| 8/17/2004 | GKT | 0.60 | 90.00 | **Settlement Conference:** <u>Participants:</u> Magistrate Kurren, J. Wong, S. Floyd, G. Thornton. |
| 8/26/2004 | GKT | 0.20 | 30.00 | **Correspondence:** <u>Type and Addressee:</u> Transmittal letter to J. Wong.  <u>Regarding:</u> Tolling Agreement. |
| 8/26/2004 | GKT | 0.50 | 75.00 | **Meeting**: <u>Participants:</u> Mara Amone, G. Thornton.  <u>Reason:</u> Travel to and from meeting, advise regarding tolling agreement, and obtain signature. |
| 8/27/2004 | GKT | 0.10 | 15.00 | **Review:** Review draft of notice of availability of utility allowance adjustments to disabled tenants sent by J. Wong. |
| 8/27/2004 | GKT | 1.20 | 180.00 | **Legal Research:** <u>Issue:</u> Research federal requirements for notice of utility allowance adjustments to disabled tenants. |
| 8/27/2004 | GKT | 0.30 | 45.00 | **Telephone Conversation:** <u>Participants:</u> S. Floyd and G. Thornton  <u>Reason:</u> Confer regarding federal requirements for notice of utility allowance adjustments to disabled tenants. |
| 8/27/2004 | GKT | 0.10 | 15.00 | **Telephone Conversation:** <u>Participants:</u> J. Wong and G. Thornton  <u>Reason:</u> Discuss draft of notice to disabled tenants sent by J. Wong. |
| 8/31/2004 | GKT | 2.80 | 420.00 | **Legal Research:** <u>Issue:</u> Research and draft memo re proposed notice of availability of utility allowance adjustments as a reasonable accommodation. |
| 8/31/2004 | GKT | 0.70 | 105.00 | **Draft Other:** Revise proposed notice of availability of utility allowance adjustments to disabled tenants. |

MARA AMONE                             **INVOICE**                          6/13/2007
                                                                            Page 3 of 9

| Date | By | Time | Amount | Description |
|---|---|---|---|---|
| 9/14/2004 | GKT | 0.60 | 90.00 | **Draft Pleading:** Pleading: Motion for Class Certification  Description of Activity: Amend draft of Motion sent by S. Floyd |
| 10/29/2004 | GKT | 0.80 | 120.00 | **Teleconference:** Participants: S. Floyd, J. Wong, M. Leong, and G. Thornton.  Reason: Discuss terms of proposed settlement. |
| 10/29/2004 | GKT | 0.20 | 30.00 | **Telephone Conversation:** Participants: S. Floyd and G. Thornton  Reason: Confer regarding upcoming litigation deadlines. |
| 11/3/2004 | GKT | 0.50 | 75.00 | **Review:** Review and analyze list of disabled public housing tenants sent by J. Wong to estimate class size. |
| 11/3/2004 | GKT | 1.30 | 195.00 | **Draft Pleading:** Draft Scheduling Conference Statement |
| 11/15/2004 | GKT | 3.00 | 450.00 | **Meeting:** Participants: Magistrate Kurren, J. Wong, S. Floyd. M. Leong, G. Thornton  Reason: Travel to and from settlement conference and discuss settlement issues. |
| 11/23/2004 | GKT | 0.40 | 60.00 | **Review:** Review and analyze proposed utility allowance adjustments schedule for disabled tenants sent by J. Wong |
| 11/23/2004 | GKT | 0.20 | 30.00 | **Review:** Review notice of utility allowance adjustments for disabled tenants sent by J. Wong |
| 11/23/2004 | GKT | 0.10 | 15.00 | **Telephone Conversation;** Participants: S. Floyd and G. Thornton.  Reason: Confer regarding class certification motion and notice of utility allowance adjustments for disabled tenants. |
| 11/23/2004 | GKT | 0.30 | 45.00 | **Correspondence:** Type and Addressee: E-mail to J. Wong.  Regarding: Revisions to HCDCH's proposed notice of utility allowance adjustments for disabled tenants. |
| 11/23/2004 | GKT | 0.40 | 60.00 | **Draft Pleading:** Pleading: Motion for Class Certification  Description of Activity: Amend motion for class certification. |
| 11/26/2004 | GKT | 1.10 | 165.00 | **Draft Pleading:** Pleading: Motion for Class Certification  Description of Activity: Amend motion for class certification. |
| 11/28/2004 | GKT | 1.10 | 165.00 | **Draft Pleading:** Pleading: Motion for Class Certification  Description of Activity: Amend motion for class certification. |
| 11/28/2004 | GKT | 0.50 | 75.00 | **Correspondence:** Type and Addressee: E-mail to S. Floyd.  Regarding: Amendments and questions regarding Motion for Class Certification |
| 11/30/2004 | GKT | 0.20 | 30.00 | **Telephone Conversation:** Participants: Mara Amone and G. Thornton.  Reason: Investigate facts regarding request submitted by Ms. Amone for air conditioner. |
| 12/8/2004 | GKT | 0.20 | 30.00 | **Telephone Conversation:** Participants: S. Floyd and G. Thornton.  Reason: Confer regarding motion for class certification |
| 12/14/2004 | GKT | 0.40 | 60.00 | **Telephone Conversation:** Participants: M. Leong, G. Thornton.  Reason: Discuss trial date and motion for class certification. |
| 12/14/2004 | GKT | 0.80 | 120.00 | **Attend Status Conference:** Status conference with Magistrate Barry Kurren.  Travel to and from. |
| 12/14/2004 | GKT | 0.60 | 90.00 | **Telephone Conversation:** Participants: S. Floyd and G. Thornton.  Reason: Confer regarding status conference, motion for class certification. |

| | | | | |
|---|---|---|---|---|
| MARA AMONE | | | **INVOICE** | 6/13/2007<br>Page 4 of 9 |

| Date | By | Time | Amount | Description |
|---|---|---|---|---|
| 12/16/2004 | GKT | 2.30 | 345.00 | **Case Planning:**  Analyze alternatives to class certification and draft memo to S. Floyd |
| 12/16/2004 | GKT | 0.10 | 15.00 | **Correspondence:**  Type and Addressee:  E-mail to J. Wong.  Regarding:  Whether agreed upon notices of utility allowance adjustments for disabled have been sent. |
| 12/29/2004 | GKT | 2.30 | 345.00 | **Draft Pleading:**  Pleading:  Motion for Class Certification  Description of Activity:  Amend motion for class certification. |
| 12/30/2004 | GKT | 2.20 | 330.00 | **Draft Pleading:**  Pleading:  Motion for Class Certification  Description of Activity:  Amend motion for class certification. |
| 12/30/2004 | GKT | 1.10 | 165.00 | **Other:**  Prepare Motion for Class Certification for filing, file at Federal District Court. |
| 1/4/2005 | GKT | 0.20 | 30.00 | **Telephone Conversation:**  Participants:  Dotty at Federal District Court, G. Thornton.  Reason:  Inquire regarding available trial dates. |
| 1/5/2005 | GKT | 0.90 | 135.00 | **Case Planning:**  Develop timeline, revise litigation strategy. |
| 1/5/2005 | GKT | 0.30 | 45.00 | **Telephone Conversation:**  Participants:  S. Floyd, G. Thornton.  Reason:  Confer regarding timeline and litigation strategy. |
| 1/5/2005 | GKT | 0.20 | 30.00 | **Correspondence:**  Type and Addressee:  Memo to S. Floyd  Regarding:  Timeline and litigation strategy. |
| 1/5/2005 | GKT | 0.20 | 30.00 | **Other:**  Prepare file-stamped copies of Motion for Class Certification for service by mail. |
| 2/14/2005 | GKT | 0.30 | 45.00 | **Telephone Conversation**:  Participants:  S. Floyd and G. Thornton.  Reason:  Confer regarding motion for class certification reply memorandum. |
| 2/28/2005 | GKT | 1.80 | 270.00 | **Attend Hearing:**  Attend hearing on Motion for Class Certification, meeting with S. Floyd before and after to discuss motion and next action. |
| 3/5/2005 | GKT | 1.50 | 225.00 | **Legal Research:**  Issue:  Research precedent regarding Section 1983 claims.  Pleading:  Motion for Summary Judgment. |
| 3/7/2005 | GKT | 0.70 | 105.00 | **Meeting:**  Participants:  P. Alston, S. Floyd, T. Bush, G. Thornton.  Reason:  Case planning. |
| 3/7/2005 | GKT | 1.90 | 285.00 | **Draft Pleading:**  Pleading:  Motion for Summary Judgment  Description of Activity:  Draft and research motion for summary judgment. |
| 3/9/2005 | GKT | 1.20 | 180.00 | **Draft Pleading:**  Pleading:  Motion for Summary Judgment  Description of Activity:  Draft and research motion for summary judgment. |
| 3/10/2005 | GKT | 4.60 | 690.00 | **Legal Research:**  Issue:  Research precedent regarding Section 1983, Fair Housing Act, ADA, and Section 504 claims.  Pleading:  Motion for Summary Judgment. |
| 3/14/2005 | GKT | 2.60 | 390.00 | **Legal Research:**  Issue:  Research precedent for private right of action under U.S. Housing Act, Fair Housing Act, ADA, and Section 504 claims.  Pleading:  Summary Judgment. |
| 3/16/2005 | GKT | 0.30 | 45.00 | **Telephone Conversation:**  Participants:  Mara Amone, G. Thornton.  Reason:  Advise regarding requesting adjustment to utility allowance |
| 3/16/2005 | GKT | 3.10 | 465.00 | **Draft Pleading:**  Pleading:  Motion for Summary Judgment  Description of Activity:  Draft and research motion for summary judgment. |

MARA AMONE                                          **INVOICE**                                          6/13/2007
                                                                                                         Page 5 of 9

| Date | By | Time | Amount | Description |
|------|-----|------|--------|-------------|
| 3/17/2005 | GKT | 0.30 | 45.00 | **Correspondence:** <u>Type and Addressee:</u> E-mail to S. Floyd. <u>Regarding:</u> Requirements for requesting utility allowance adjustments, information to Hawaii Disability Rights Center |
| 3/17/2005 | GKT | 0.80 | 120.00 | **Draft Pleading:** <u>Pleading:</u> Motion for Summary Judgment <u>Description of Activity:</u> Draft and research motion for summary judgment. |
| 3/31/2005 | GKT | 2.90 | 435.00 | **Correspondence:** Research and contact elderly and disability organizations able to disseminate information regarding utility allowance adjustments |
| 3/31/2005 | GKT | 0.10 | 15.00 | **Telephone Conversation:** <u>Participants:</u> Mara Amone, G. Thornton. <u>Reason:</u> Follow-up regarding whether request for adjustment to utility allowance was made. |
| 4/4/2005 | GKT | 8.50 | 1275.00 | **Legal Research:** <u>Issue:</u> Research precedent regarding Section 1983, Fair Housing Act, ADA, and Section 504 claims and possible defenses. <u>Pleading:</u> Summary Judgment. |
| 4/5/2005 | GKT | 0.90 | 135.00 | **Draft Pleading:** <u>Pleading:</u> Motion for Summary Judgment <u>Description of Activity:</u> Draft and research motion for summary judgment. |
| 4/20/2005 | GKT | 0.40 | 60.00 | **Telephone Conversation:** <u>Participants:</u> Mara Amone, G. Thornton. <u>Reason:</u> Follow-up regarding request for adjustment to utility allowance--whether adjustment was made. |
| 4/20/2005 | GKT | 0.50 | 75.00 | **Draft Pleading:** <u>Pleading:</u> Draft stipulation regarding form of class notice. |
| 4/20/2005 | GKT | 0.20 | 30.00 | **Correspondence:** <u>Type and Addressee:</u> E-mail to S. Floyd. <u>Regarding:</u> Form of class notice |
| 4/21/2005 | GKT | 0.20 | 30.00 | **Telephone Conversation:** <u>Participants:</u> S. Floyd, G. Thornton. <u>Reason:</u> Confer regarding estimated extent of past rent overcharges to class members. |
| 4/21/2005 | GKT | 0.70 | 105.00 | **Correspondence:** <u>Type and Addressee:</u> Memo to S. Floyd. <u>Regarding:</u> Estimate of extent of class size and past rent overcharges to class members. |
| 4/28/2005 | GKT | 0.20 | 30.00 | **Correspondence:** <u>Type and Addressee:</u> E-mail to J. Wong <u>Regarding:</u> Review and send proposed class action notice. |
| 4/29/2005 | GKT | 0.10 | 15.00 | **Telephone Conversation:** <u>Participants:</u> J. Wong, G. Thornton. <u>Reason:</u> Discuss form of notice to class. |
| 5/6/2005 | GKT | 0.20 | 30.00 | **Correspondence:** <u>Type and Addressee:</u> E-mail to S. Floyd, T. Bush. <u>Regarding:</u> Work distribution on motion for summary judgment reply memorandum |
| 5/10/2005 | GKT | 0.60 | 90.00 | **Draft Pleading:** <u>Pleading:</u> Memorandum in Opposition to Counter-Motion for Summary Judgment <u>Description of Activity:</u> Set up Memorandum for later drafting. |
| 5/15/2005 | GKT | 5.80 | 870.00 | **Legal Research:** <u>Issue:</u> Arguments against mootness defense. <u>Pleading:</u> Memorandum in Opposition to Counter-Motion for Summary Judgment. |
| 5/16/2005 | GKT | 6.40 | 960.00 | **Legal Research:** <u>Issue:</u> Arguments against mootness defense. <u>Pleading:</u> Memorandum in Opposition to Counter-Motion for Summary Judgment. |
| 5/16/2005 | GKT | 7.60 | 1140.00 | **Draft Pleading:** <u>Pleading:</u> Memorandum in Opposition to Counter-Motion for Summary Judgment <u>Description of Activity:</u> Research mootness and draft pleading, declarations. |
| 5/16/2005 | GKT | 0.30 | 45.00 | **Telephone Conversation:** <u>Participants:</u> Mara Amone, G. Thornton. <u>Reason:</u> Gather facts regarding requests for adjustments to the utility allowance |

MARA AMONE **INVOICE** 6/13/2007 Page 6 of 9

| Date | By | Time | Amount | Description |
|---|---|---|---|---|
| 5/16/2005 | GKT | 0.30 | 45.00 | **Correspondence:** Type and Addressee: Fax Declaration to Mara Amone. Regarding: Declaration in support of Memorandum in Opposition to Counter-Motion for Sum. Jud. |
| 5/24/2005 | GKT | 0.10 | 15.00 | **Telephone Conversation:** Participants: Mara Amone, G. Thornton. Reason: Follow-up regarding original declaration. |
| 5/24/2005 | GKT | 0.10 | 15.00 | **Telephone Conversation**: Participants: S. Floyd, G. Thornton. Reason: Confer regarding upcoming MSJ hearing. |
| 5/25/2005 | GKT | 0.50 | 75.00 | **Review:** Review HCDCH Counter-Motion for Summary Judgment Reply and e-mail S. Floyd regarding reply. |
| 5/25/2005 | GKT | 2.00 | 300.00 | **Hearing Preparation:** Draft outline for Summary Judgment hearing. |
| 5/26/2005 | GKT | 0.60 | 90.00 | **Hearing Preparation:** Review pleadings and draft outline for Summary Judgment hearing. |
| 5/30/2005 | GKT | 0.10 | 15.00 | **Telephone Conversation:** Participants: Mara Amone, G. Thornton. Reason: Follow-up again regarding whether original declaration was sent. |
| 5/30/2005 | GKT | 1.50 | 225.00 | **Hearing Preparation:** Prep binder for Motion for Summary Judgment hearing. |
| 5/31/2005 | GKT | 2.10 | 315.00 | **Hearing Preparation:** Prep binder, review hearing outline, review pleadings to prep for Motion for Summary Judgment hearing. |
| 5/31/2005 | GKT | 1.00 | 150.00 | **Attend Hearing**: Attend hearing on Motion for Summary Judgment. Travel to and from. |
| 6/1/2005 | GKT | 0.20 | 30.00 | **Telephone Conversation:** Participants: Mara Amone, G. Thornton. Reason: Discuss outcome of Motion for Summary Judgment |
| 6/1/2005 | GKT | 0.60 | 90.00 | **Review:** Review Order Granting Plaintiff's Motion for Summary Judgment |
| 6/2/2005 | GKT | 0.30 | 45.00 | **Telephone Conversation:** Participants: S. Floyd, G. Thornton. Reason: Confer regarding obtaining a list of class members, and other matters. |
| 6/3/2005 | GKT | 0.30 | 45.00 | **Correspondence:** Type and Addressee: E-mail to J. Wong. Regarding: Obtaining a list of class members, communications to class members. |
| 6/3/2005 | GKT | 1.10 | 165.00 | **Draft Pleading:** Draft form of injunction |
| 6/7/2005 | GKT | 0.10 | 15.00 | **Telephone Conversation:** Participants: Judge Kay's Chambers, G. Thornton. Reason: Inform regarding typographical error in Order Granting Plaintiff's Motion for Summary Judgment. |
| 6/8/2005 | GKT | 0.20 | 30.00 | **Correspondence:** Type and Addressee: E-mail to S. Floyd. Regarding: Status of Mara Amone's request for Utility Allowance adjustment. |
| 6/8/2005 | GKT | 0.30 | 45.00 | **Correspondence:** Type and Addressee: E-mail to S. Floyd. Regarding: Draft of form of injunction and questions regarding the injunction. |
| 6/8/2005 | GKT | 0.50 | 75.00 | **Draft Pleading:** Pleading: Submission of Original Declaration of Mara Amone in support of Motion for Summary Judgment. |

Lawyers for Equal Justice

| | | | | |
|---|---|---|---|---|
| MARA AMONE | | | **INVOICE** | 6/13/2007 Page 7 of 9 |

| Date | By | Time | Amount | Description |
|---|---|---|---|---|
| 6/8/2005 | GKT | 0.30 | 45.00 | **Other:** Prepare Submission of Original Declaration of Mara Amone in support of Motion for Summary Judgment for filing via U.S. Mail. |
| 6/8/2005 | GKT | 0.40 | 60.00 | **Draft Pleading:** Pleading: Notice of Class Certification Action: Amend Notice of Class Certification and e-mail to S. Floyd for review. |
| 6/14/2005 | GKT | 0.10 | 15.00 | **Telephone Conversation:** Participants: Judge Kay's clerk and G. Thornton. Reason: Phone call from Judge Kay's clerk regarding when class notice will be filed. |
| 6/14/2005 | GKT | 0.20 | 30.00 | **Telephone Conversation:** Participants: S. Floyd and G. Thornton. Reason: Confer regarding final form of class notice and negotiations with J. Wong over form of class notice. |
| 6/15/2005 | GKT | 0.60 | 90.00 | **Draft Pleading:** Pleading: Notice of Class Certification Action: Amend Notice of Class Certification. |
| 6/15/2005 | GKT | 0.80 | 120.00 | **Correspondence:** Type and Addressee: Transmittal letter to Judge Alan C. Kay. Regarding: from of Preliminary Injunction. |
| 7/1/2005 | GKT | 1.00 | 150.00 | **Legal Research:** Issue: Research necessity of protection order for HCDCH to disclose identify of class members. |
| 7/18/2005 | GKT | 0.10 | 15.00 | **Telephone Conversation:** Participants: S. Floyd, G. Thornton. Reason: Confer regarding responding to calls from class members responding to the class action notice. |
| 7/18/2005 | GKT | 0.20 | 30.00 | **Other:** Create database for responding to calls from class members responding to the class action notice. |
| 7/18/2005 | GKT | 1.50 | 225.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 7/19/2005 | GKT | 2.50 | 375.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 7/20/2005 | GKT | 1.50 | 225.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 7/21/2005 | GKT | 1.30 | 195.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 7/22/2005 | GKT | 1.50 | 225.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 7/29/2005 | GKT | 3.30 | 495.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 8/1/2005 | GKT | 0.50 | 75.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 8/5/2005 | GKT | 1.10 | 165.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |

MARA AMONE

Lawyers for Equal Justice

| | | | | |
|---|---|---|---|---|
| MARA AMONE | | | **INVOICE** | 6/13/2007 Page 8 of 9 |

| Date | By | Time | Amount | Description |
|---|---|---|---|---|
| 8/8/2005 | GKT | 0.30 | 45.00 | **Telephone Conversation:** <u>Participants</u>: Class notice respondents, G. Thornton. <u>Reason</u>: Gather information and advise regarding right to utility allowance adjustments. |
| 8/8/2005 | GKT | 0.20 | 30.00 | **Meeting:** With J. Lisagor to confer regarding returning phone calls to class notice respondents. |
| 8/8/2005 | GKT | 0.20 | 30.00 | **Review:** Correspondence from class notice respondent. |
| 8/8/2005 | JLL | 1.50 | 165.00 | **Telephone Conversation:** <u>Participants</u>: Class notice respondents, JLL. <u>Reason</u>: Gather information and advise regarding right to utility allowance adjustments. |
| 8/9/2005 | GKT | 0.20 | 30.00 | **Meeting:** With S. Floyd to confer regarding final settlement options. |
| 8/9/2005 | JLL | 0.10 | 11.00 | **Telephone Conversation:** <u>Participants</u>: Class notice respondents, JLL. <u>Reason</u>: Gather information and advise regarding right to utility allowance adjustments. |
| 8/9/2005 | JLL | 1.30 | 143.00 | **Telephone Conversation:** <u>Participants</u>: Class notice respondents, JLL. <u>Reason</u>: Gather information and advise regarding right to utility allowance adjustments. |
| 8/10/2005 | JLL | 1.10 | 121.00 | **Telephone Conversation:** <u>Participants</u>: Class notice respondents, JLL. <u>Reason</u>: Gather information and advise regarding right to utility allowance adjustments. |
| 8/11/2005 | JLL | 3.00 | 330.00 | **Telephone Conversation:** <u>Participants</u>: Class notice respondents, JLL. <u>Reason</u>: Gather information and advise regarding right to utility allowance adjustments. |
| 8/16/2005 | JLL | 0.80 | 88.00 | **Other:** Create mail merge to send letters to applicable class notice respondents regarding how to request utility allowance adjustments. |
| 8/18/2005 | GKT | 0.10 | 15.00 | **Review:** Rvw ltr from J. Wong regarding stipulating to attorney's fees and settlement in the Amone and Smith cases. |
| 8/24/2005 | GKT | 0.80 | 120.00 | **Correspondence:** Draft ltr to class members |
| 8/24/2005 | GKT | 0.30 | 45.00 | **Review File:** Rvw class notice response database to calculate damages. |
| 8/24/2005 | GKT | 0.70 | 105.00 | **Correspondence:** E-mail to S. Floyd re settlement in Amone |
| 8/26/2005 | GKT | 0.30 | 45.00 | **Correspondence:** E-mails to J. Lisagor and S. Floyd re returning calls to Amone class notice respondants |
| 8/29/2005 | GKT | 0.20 | 30.00 | **Meeting:** With J. Lisagor to confer regarding contacts with class notice respondents. |
| 8/29/2005 | JLL | 0.50 | 55.00 | **Telephone Conversation:** <u>Participants</u>: Class notice respondents, JLL. <u>Reason</u>: Gather information and advise regarding right to utility allowance adjustments. |
| 8/30/2005 | GKT | 0.40 | 60.00 | **Correspondence:** Draft ltr to class members that responded to class notice. |
| 8/31/2005 | GKT | 1.10 | 165.00 | **Correspondence:** Draft ltr to class members that responded to class notice. |

MARA AMONE                                              **INVOICE**                                              6/13/2007
                                                                                                                 Page 9 of 9

| Date | By | Time | Amount | Description |
|------|----|----|--------|-------------|
| 9/19/2005 | JLL | 0.50 | 55.00 | **Other:** Update and revise database of class notice respondents to prepare for mass mailing of letters regarding hot to request utility allowance adjustments. |
| 9/23/2005 | JLL | 0.80 | 88.00 | **Other:** Update and revise database of class notice respondents to prepare for mass mailing of letters regarding hot to request utility allowance adjustments. |
| 9/29/2005 | GKT | 0.30 | 45.00 | **Telephone Conversation:** Participants: Class notice respondents, G. Thornton. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 10/5/2005 | GKT | 0.30 | 45.00 | **Correspondence:** E-mail to S. Floyd regarding letter to Amone class notice respondents. |
| 10/17/2005 | GKT | 0.20 | 30.00 | **Meeting:** Confer with J. Lisagor re creating database to record responses from letters sent to Amone clients |
| 10/17/2005 | JLL | 0.20 | 22.00 | **Telephone Conversation:** Participants: Class notice respondents, JLL. Reason: Gather information and advise regarding right to utility allowance adjustments. |
| 11/15/2005 | GKT | 0.20 | 30.00 | **Review:** Memo re reasonable accomodation procedure from J. Wong |
| 11/15/2005 | GKT | 0.30 | 45.00 | **Correspondence:** E-mail to S. Floyd regarding sufficiency of reasonable accomodation procedure. |
| 11/21/2005 | GKT | 0.30 | 45.00 | **Telephone Call:** To Moe Passi (class member) re request for reasonable accomodations |
| 12/1/2005 | GKT | 0.50 | 75.00 | **Review:** Summary of calls to class members regarding status of utility allowance adjustments and draft memo to S. Floyd |

## SUMMARY OF FEES

| By | Rate | Hours | Amount |
|----|------|-------|--------|
| GKT | 150.00 | 144.70 | $21,705.00 |
| JLL | 110.00 | 9.80 | $1,078.00 |
| Totals: |  | 154.50 | $22,783.00 |

| | |
|---|---|
| Legal Services Fees | $22,783.00 |
| State Excise Tax | $947.77 |
| Subtotal | $23,730.77 |

## INVOICE TOTALS

| | |
|---|---|
| Invoice Total | $23,730.77 |
| **Total Amount Due** | **$23,730.77** |

Lawyers for Equal Justice