IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated, | Civil No. CV04-00508 ACK/BMK |
| | CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| v. | |
| STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii. | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    John C. Wong
    Office of the Attorney General-State of Hawaii
    Kekuanao'a Building
    465 S King St Room B-2
    Honolulu, HI 96813

DATED: Honolulu, Hawaii, June 22, 2007.

    /s/ Gavin Thornton
    GAVIN THORNTON
    SHELBY ANNE FLOYD

    Attorneys for Plaintiffs