```
MARA AMONE                                    DATE 12/05/05
c/o GAVIN THORNTON
LEGAL AID SOCIETY OF HAWAII                   INVOICE NO. 205935
LAWYERS FOR EQUAL JUSTICE                     PAGE 1
PO BOX 4984
KAILUA-KONA HI  96745
```

## FIRST DRAFT

FOR LEGAL SERVICES RENDERED THROUGH: DECEMBER 2005

```
Responsible Atty:        P ALSTON
Billing Atty:            P ALSTON
Coordinating Atty:       P ALSTON
```

RE: PUBLIC BENEFITS LITIGATION - unfiled disabilities case
    (7592-1)

| DATE | BY | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 07/28/04 | SAF | 1.00 | 295.00 | review incoming correspondence from state (.1); research re tolling agreement (.4); work on tolling agreement (.5) (80983/3) |
| 07/29/04 | SAF | 0.50 | 147.50 | finalize tolling agreement (.4); telephone conference with J. Wong (.1) (81274/3) |
| 08/18/04 | PA | 0.60 | 270.00 | emails to and from S. Floyd re sovereign immunity issues and other matters; review and revise complaint; research re opinion re directors' personal liability (82382/9) |
| 08/18/04 | SAF | 0.30 | 88.50 | dlt J Wong re filing and follow up .3; (82233/3) |
| 08/31/04 | SAF | 0.60 | 177.00 | review Gavin's response to notice for adjustment (.2); telephone conference with J. Wong re same (.1); review revised notice from GT; email to J. Wong (83033/6) |
| 09/07/04 | SAF | 0.70 | 206.50 | review incoming correspondence from J. Wong (class list) (.1); begin prep of motion for class cert and notice (.6) (83555/8) |
| 09/08/04 | SAF | 0.70 | 206.50 | work on cert notice (83556/6) |
| 09/09/04 | SAF | 1.30 | 383.50 | telephone conference with J. Wong re tenant list, running test to see if former tenants are affected, etc. (.3); work on motion for class certification and notice (1.0) (83557/5) |

*Exhibit A*

## DRAFT BILL

MARA AMONE  
Client: 7592-1  
Invoice No.: 205935  
12/05/05  
Page -2-

| DATE | BY | TIME | AMOUNT | DESCRIPTION |
|------|----|------|--------|-------------|
| 09/10/04 | SAF | 0.40 | 118.00 | telephone conference with Gavin re status (.2); work on notice (.2) (83558/6) |
| 09/14/04 | SAF | 1.00 | 295.00 | email to Gavin and finish draft of motion and memo re class certification (1.0) (83552/7) |
| 10/12/04 | SAF | 0.20 | 59.00 | work on certification motion (85030/6) |
| 10/12/04 | CLB | 2.20 | 165.00 | update cites on class certification document (85797/37) |
| 10/13/04 | SAF | 1.90 | 560.50 | work on class certification motion with respect to 23b2 1.8; emails to and from G. Thornton (.1) (85171/6) |
| 10/13/04 | CLB | 3.50 | 262.50 | find and update cites for memo re class certification; shepardize cases (85797/38) |
| 10/14/04 | SAF | 0.40 | 118.00 | work on declaration and insert new cites (85167/5) |
| 10/17/04 | SAF | 0.50 | 147.50 | work on notice (.4); draft letter to J. Wong (.1) (85406/3) |
| 10/29/04 | SAF | 1.40 | 413.00 | telecon with John Wong and Gavin Thornton to discuss Rule 16 issues, settlement, class certification and notice (1.1); follow up (.2); telephone conference with Gavin (.1) (86014/4) |
| 11/01/04 | SAF | 0.10 | 29.50 | telephone conference with J. Wong re meeting (87252/6) |
| 11/09/04 | SAF | 0.10 | 29.50 | review incoming correspondence from State (87258/2) |
| 11/15/04 | SAF | 3.50 | 1032.50 | to HNL to attend scheduling conference (3.0); meet with J. Wong and P. Leong re settlement issues (.5) (87263/3) |
| 11/23/04 | SAF | 0.40 | 118.00 | email from J. Wong; telephone conference with J. Wong (.3); telephone conference with G. Thornton re class cert. (.1) (87265/1) |
| 11/29/04 | SAF | 0.10 | 29.50 | emails to and from Gavin re class certification (87904/6) |

**DRAFT BILL**

MARA AMONE					 						12/05/05
Client: 7592-1			Invoice No.: 205935						Page -3-

| DATE | BY | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 12/29/04 | SAF | 0.30 | 88.50 | email from Gavin re notice and motion (.1); revise and respond (.2) (89152/3) |
| 12/30/04 | SAF | 0.20 | 59.00 | emails from and to Gavin re final changes to motion re class (89155/3) |
| 01/03/05 | SAF | 0.10 | 29.50 | email from G. Thornton re hearing (89274/5) |
| 01/05/05 | SAF | 0.10 | 29.50 | telephone conference with G. Thornton re to do (89367/6) |
| 01/06/05 | SAF | 0.10 | 29.50 | email from G. Thornton re todo (89418/7) |
| 02/16/05 | SAF | 1.00 | 295.00 | work on reply (92456/3) |
| 02/17/05 | SAF | 1.80 | 531.00 | finalize reply (92457/2) |
| 02/17/05 | MFK | 0.40 | 54.00 | review and revise reply to motion for class certification to final for filing (91748/4) |
| 02/25/05 | SAF | 0.50 | 147.50 | email from G. Thornton re hearing (.1); telephone conference with Victor re same (.2); prepare for hearing (.2) (91986/14) |
| 02/28/05 | SAF | 4.80 | 1416.00 | prep for and hearing on motion for class certification 2.4; return to Big Island 2.4 (92461/1) |
| 03/01/05 | SAF | 0.70 | 206.50 | review notice provision; research re requirements and class member contact (.7) (92591/11) |
| 03/02/05 | SAF | 0.70 | 206.50 | work on outstanding tasks; email to G. Thornton (.2); telephone call to J. Wong (.1); telephone conference with law clerk (Judge Kay) re notice issue 2x (.1); telephone conference with J. Wong (.2); telephone conference with J. Wong re order (.1) (92824/2) |
| 03/07/05 | SAF | 0.70 | 206.50 | teleconference with G. Thornton re options for settlement (.4); read decision (.3) (92822/11) |
| 03/11/05 | SAF | 0.40 | 118.00 | review incoming correspondence from J. Wong (.1); revise class notice and email to J. |

## DRAFT BILL

MARA AMONE                                                                                          12/05/05
Client: 7592-1                  Invoice No.: 205935                                                 Page -4-

| DATE | BY | TIME | AMOUNT | DESCRIPTION |
|------|----|------|--------|-------------|
|      |    |      |        | Wong (.3) (93086/4) |
| 03/17/05 | SAF | 0.50 | 147.50 | telephone conference with HDRC re notice; prepare notice; emails to and from G. Thornton re Amone application (93637/7) |
| 04/06/05 | SAF | 1.00 | 295.00 | review and revise motion for summary judgment (.9); email to G. Thornton re undisputed facts (.1) (94641/1) |
| 04/08/05 | SAF | 0.30 | 88.50 | emlc Gavin .1; work on notice issues (94638/4) |
| 04/08/05 | TEB | 0.40 | 90.00 | review emails regarding summary judgment motion and concise statment of facts; review final version of summary judgment motion and concise statement of facts and sign (95987/19) |
| 04/11/05 | SAF | 0.30 | 88.50 | work on notice status (94649/5) |
| 04/18/05 | SAF | 0.20 | 59.00 | email to G. Thornton re notice and follow up (95885/9) |
| 04/19/05 | SAF | 0.30 | 88.50 | work on notice; email to G. Thornton (95886/5) |
| 04/20/05 | SAF | 0.30 | 88.50 | email from G. Thornton re notice, review and respond (95894/8) |
| 04/29/05 | SAF | 0.20 | 59.00 | emf J Wong and follow up (95908/3) |
| 05/06/05 | SAF | 0.20 | 59.00 | emf G Thornton (97365/5) |
| 05/09/05 | SAF | 0.10 | 29.50 | follow up re reimbursment (96393/9) |
| 05/12/05 | SAF | 0.20 | 59.00 | emf Gavin (97695/2) |
| 05/13/05 | SAF | 0.60 | 177.00 | telephone conference with G. Thornton re reply (.2); research re mootness (.4) (97694/1) |
| 05/16/05 | SAF | 0.30 | 88.50 | telephone conference with G. Thornton re reply and to do list (97368/6) |
| 05/17/05 | SAF | 2.50 | 737.50 | prepare opposing separate and concise |

**DRAFT BILL**

MARA AMONE                                                                    12/05/05
Client: 7592-1            Invoice No.: 205935                                  Page -5-

| DATE | BY | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
|  |  |  |  | statement; review opposition to counter motion and revise reply, review incoming correspondence (client declaration) (97369/3) |
| 05/25/05 | SAF | 0.20 | 59.00 | emtf G Thornton re hearing (97384/3) |
| 05/27/05 | SAF | 0.20 | 59.00 | emf TEB and follow up (97681/5) |
| 05/31/05 | TEB | 0.90 | 202.50 | review summary judgment pleadings and attend summary judgment motion re motion granted; email S. Floyd re results and question on further action (97544/84) |
| 06/02/05 | SAF | 1.30 | 383.50 | telephone conference with G. Thornton re notice issue; email to J. Wong re same (.3); review incoming pleadings (order granting motion for summary judgment) (.4); email to G. Thornton re amendment to order (.1); pull form of injunction (.2); email to G. Thornton (.1); email from J. Wong re notice and reply (.2) (98173/5) |
| 06/03/05 | SAF | 0.20 | 59.00 | review injunction (99808/3) |
| 06/06/05 | SAF | 0.30 | 88.50 | email to J. Wong re notice (with research) (99806/13) |
| 07/18/05 | SAF | 1.10 | 324.50 | telephone conference with G. Thornton re client calls; follow up with multiple client calls; set up voice mail message for clients; telephone conference with G. Thornton (100179/2) |
| 07/18/05 | TEB | 0.20 | 45.00 | tc L. Lee re calling regarding notice to class members; email to G. Thorton re contact information for Lee (100680/19) |
| 07/26/05 | SAF | 0.10 | 29.50 | telephone conference with classmember (100928/7) |
| 07/28/05 | SAF | 0.60 | 177.00 | review status of injunction/attorneys fees (.3); email to G. Thornton re injunction (.1); telephone conference with J. Wong re fees (.1); email to J. Wong re fees (.1) (100931/3) |

## DRAFT BILL

MARA AMONE  
Client: 7592-1                    Invoice No.: 205935                    12/05/05  
                                                                          Page -6-

| DATE | BY | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 07/29/05 | SAF | 1.10 | 324.50 | email from J. Wong re fees (.1); email to G. Thornton and D. Taira (.1); check on judgment (.1); telephone conference with G. Thornton re fees (.2); review invoice re fees (.5); email to G. Thornton re same (.1) (100938/4) |
| 08/01/05 | SAF | 0.10 | 29.50 | email from J. Wong; telephone call to M. Bennett (101117/4) |
| 08/04/05 | PA | 0.10 | 45.00 | email from and to S. Floyd re fees and costs (101316/22) |
| 08/04/05 | SAF | 0.20 | 59.00 | emails to and from J. Wong re fees (.2) (101114/4) |
| 08/05/05 | SAF | 0.40 | 118.00 | tc M Bennett re fees and follow up with GT .4 (101298/7) |
| 08/10/05 | SAF | 0.40 | 118.00 | telephone conference with John Wong re settlement and fees; follow up conversation (101281/1) |
| 08/15/05 | SAF | 0.40 | 118.00 | emt J Wong re settlement and closing issues (101495/5) |
| 08/18/05 | SAF | 0.20 | 59.00 | telephone conference with J. Wong re status of response (101496/7) |
| 08/23/05 | SAF | 0.30 | 88.50 | telephone conference with L. Ginoza re settlement (101627/8) |
| 08/24/05 | SAF | 0.30 | 88.50 | email from B. Wynhoff and return stipulation to set aside default (101626/7) |
| 08/26/05 | SAF | 0.10 | 29.50 | message from class member and follow up (101711/3) |
| 09/06/05 | SAF | 0.10 | 29.50 | letter to clients (102606/2) |
| 09/19/05 | SAF | 0.20 | 59.00 | telephone conference with class member re notice (103010/12) |
| 09/20/05 | SAF | 0.20 | 59.00 | telephone conference with from class member re no adjustment procedure; telephone call to L. Ginoza (103018/2) |

**DRAFT BILL**

MARA AMONE  
Client: 7592-1  

Invoice No.: 205935  

12/05/05  
Page -7-

| DATE | BY | TIME | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 09/28/05 | SAF | 0.10 | 29.50 | email to G. Thrornton re adjustments (.1) (103801/8) |
| 11/09/05 | SAF | 0.10 | 29.50 | conference with G Thornton re closing matter (105276/2) |
| 11/10/05 | SAF | 0.20 | 59.00 | email to and from para re follow up on compliance (105275/8) |
| 11/14/05 | SAF | 0.20 | 59.00 | telephone conference with client's daughter and follow up (105665/1) |
| 11/15/05 | SAF | 0.50 | 147.50 | review incoming correspondence from J Wong with policy and follow up with G Thornton .3; telephone conference with J Wong re wrapping up .2 (105666/8) |
| 11/16/05 | SAF | 0.30 | 88.50 | tc Moe Passi re no change; emt GT re same .2; ric from J Wong .1 (105450/1) |
| 11/18/05 | IKT | 1.40 | 140.00 | review documents from G. Thorton; telephone call to C. Anguilar and B. Jarrett discussion re status of HCDCH; telephone calls to M. Ayers, F. Alimoot, D. Bower, M. Cahill, G. Cosma, S. Farias, P. Hepa and R. Kanahele-no answer, answer machine or not at home; (105912/25) |
| 11/21/05 | IKT | 2.80 | 280.00 | (105912/27) |
| 11/22/05 | IKT | 0.50 | 50.00 | telephone call from D. Shoemaker re status of rent reduction requests and utility allowance (105912/31) |
| 11/28/05 | SAF | 0.20 | 59.00 | follow up re adjustments .1; telephone conference with G Thornton re retroactivity (105839/5) |
| 11/29/05 | IKT | 2.00 | 200.00 | review notes taken of interviews and summarize; (105912/40) |

| BY | RATE | HOURS | AMOUNT |
|---|---|---|---|
| PA | 450.00 | 0.70 | $ 315.00 |
| SAF | 295.00 | 43.10 | $ 12,714.50 |
| TEB | 225.00 | 1.50 | $ 337.50 |
| MFK | 135.00 | 0.40 | $ 54.00 |

```
                             DRAFT BILL
MARA AMONE                                                    12/05/05
Client: 7592-1            Invoice No.: 205935                 Page -8-

        BY         RATE        HOURS              AMOUNT
        IKT       100.00        6.70        $      670.00
        CLB        75.00        5.70        $      427.50
                                            ─────────────
        TOTALS:                58.10        $   14,518.50

                              FEES                      $   14,518.50
                              COURTESY DISCOUNT      (           .00 )
                                                        ─────────────
                              LEGAL SERVICES           $    14,518.50
                              STATE EXCISE TAX               603.97
                                                        ─────────────
                              SUBTOTAL                 $    15,122.47

    DATE      COST ADVANCED                          AMOUNT

              COPIES                                 180.40
              FAX                                      2.50
              MESSENGER                               12.00
              POSTAGE                                 32.73
  08/17/04    LEXIS RESEARCH                          57.60
  08/18/04    FILING FEES USDC re                    168.00
              Complaint and Certified
              copies
  08/19/04    SHERIFF/SERVICE Stephanie               52.00
              Aveiro re CAS
  10/12/04    WESTLAW RESEARCH                       292.60
  10/13/04    WESTLAW RESEARCH                        21.00
  10/13/04    WESTLAW RESEARCH                         2.08
  11/15/04    TRAVEL EXPENSE SAF -                    79.00
              Honolulu airfare re
              scheduling conference
  11/15/04    TRAVEL EXPENSE SAF -                    75.50
              Mileage t/f Kona airport,
              airport parking, cabfare
              t/f airport
  11/15/04    TRAVEL EXPENSE SAF - HNL to             81.60
              Kona airfare
  02/27/05    TRAVEL EXPENSE SAF -                   205.00
              Kona/HNL airfare, cabfare
              and HNL airport parking
  03/10/05    TRANSCRIPTS Transcript of               23.34
              Proceedings held on
              02/28/05
```

**DRAFT BILL**

MARA AMONE  
Client: 7592-1  

Invoice No.: 205935  

12/05/05  
Page -9-

| | |
|---|---:|
| COST ADVANCED | 1,285.35 |
| INVOICE TOTAL | 16,407.82 |

**TOTAL AMOUNT DUE**    $    **16,407.82**

---

**MATTER BILLING HISTORY**

| | PRIOR BILLED | PRIOR PAID | PRIOR W/O |
|---|---:|---:|---:|
| FEES | .00 | .00 | |
| EXPENSE | .00 | .00 | |
| TOTALS | .00 | .00 | .00 |

**NOTES:**

Please return draft to Accounting Department. Mahalo.