*Mara Amone v. Stephanie Aveiro and the Housing and Community Development Corporation of Hawaii; Civil No. CV04-00508 ACK/BMK*

COSTS INCURRED

| DESCRIPTION/DATE | DATE | AMOUNT | TOTAL |
|---|---|---|---|
| **Fees of the Court Reporter for all or any part of the Stenographic Transcripts Necessarily Obtained for Use in the Case** | | | |
| Transcript of Proceedings Held on February 28, 2005 | 03/10/05 | $23.34 | |
| Subtotal | | | $ 23.34 |
| **Fees of the Clerk and Service of Process** | | | |
| USDC Filing Fee for Complaint and Certified Copies | 08/18/04 | $168.00 | |
| Service on Stephanie Aveiro | 08/19/04 | $52.00 | |
| Subtotal | | | $ 220.00 |
| **Fees for the Exemplification and Copies of Papers Necessarily Obtained for Use in the Case** | | | |
| Photocopies of filed Pleadings & Correspondence from In-House Photocopier (10¢ per page) | | $189.20 | |
| Subtotal | | | $189.20 |
| **Other Costs** | | | |
| Travel Expenses (Airfare/Parking/Taxi for Attending Hearings) | | $441.10 | |
| Messenger | | $ 15.00 | |
| Long Distance Facsimile | | $ 4.00 | |
| Postage | | $ 36.66 | |

648058_1/7592-1

*Exhibit B*