Of Counsel:

LAWYERS FOR EQUAL JUSTICE

GAVIN K. THORNTON          7922
PO Box 37952
Honolulu, HI 96837
Telephone: (808) 542-5203
Facsimile: (808) 262-4727
Email: gavinthornton@gmail.com

ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

SHELBY ANNE FLOYD        1724-0
PAUL ALSTON                      1126-0
Palani Court Suite 104
74-5620 Palani Road
Kailua-Kona, HI 96740
Telephone: (808) 326-7979
Facsimile:   (808) 326-4779
E-Mail:     sfloyd@ahfi.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v. | Civil No. CV04-00508 ACK/BMK<br><br>**CERTIFICATE OF SERVICE**<br>**(Re: Declaration of Shelby Anne Floyd Filed June 22, 2007)** |

1

| | |
|---|---|
| STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the Declaration of Shelby Anne Floyd filed July 14, 2007 was served on the following at their last known addresses:

**Served by First Class Mail:**

    John C. Wong
    Office of the Attorney General-State of Hawaii
    Kekuanao'a Building
    465 S King St Room B-2
    Honolulu, HI 96813

    DATED: Honolulu, Hawaii, June 22, 2007.

                        /s/ Gavin Thornton
                        GAVIN THORNTON
                        SHELBY ANNE FLOYD
                        Attorney for Plaintiffs