IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>            Plaintiff,<br>      v.<br><br>STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii.<br><br>            Defendants. | CIVIL NO. CV04-00508 ACK/BMK<br><br>**DECLARATION OF GAVIN THORNTON** |

**DECLARATION OF GAVIN THORNTON**

I, GAVIN THORNTON, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1.  I am an attorney and the acting director for the law firm of Lawyers for Equal Justice ("LEJ"), counsel for Plaintiffs herein.

2.  I make this declaration based on my personal knowledge and am competent to testify as to the matters set forth herein.

3.  Attached hereto as Exhibit A is a true and correct copy of the objection to the proposed class action settlement in the above-entitled action Class Counsel received from Robin M.P. Lo.

4.  On July 25, 2007, I spoke with Mr. Lo regarding his objection to the proposed class action settlement. I explained to Mr. Lo the purposes of the lawsuit and the settlement. I informed him that the settlement would not require public housing tenants to pay for their own utilities if they were not previously doing so. I further explained that the settlement would not require public housing tenants to pay additional amounts for shelter costs. Mr. Lo informed me that his utilities were included in his rent and that he did not purchase his utilities directly from a utility provider. I explained that the lawsuit only applied to public housing tenants who purchase their utilities directly from a utility provider and who receive utility allowances. I asked Mr. Lo whether he still wished to object to the proposed settlement in light of the information I had

provided, but it was unclear to me whether he still objected or not.

    5.    Attached hereto as Exhibit B is a true and correct copy of the objection to the proposed class action settlement in the above-entitled action Class Counsel received from Shahrashad Levin.

    6.    Other than the objections from Levin and Lo, Class Counsel received no other objections to the proposed class action settlement in the above-entitled action as of the date indicated below.

    7.    Counsel for Defendants has advised me that Defendants mailed and published the notices of proposed settlement to class members by July 16, 2007 and that Defendants will be filing a declaration with the Court stating the same.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai'i on August 15, 2007.

        /s/ Gavin Thornton
        GAVIN THORNTON