To: SHELBY ANNE FLOYD, ESQ.
   Alston Hunt Floyd & Ingo
   American Savings Bank Tower
   1001 Bishop Steet, 18th Floor
   Honolulu, Hawaii 96813

Re: "AMONE, ET AL V. AVEIRO, HCDCH:, CIV. NO. 04-00508 OF PROPOSED SETTLEMENT AND ORDER"

Dear Shelby Anne Floyd, ESQ.

   My name Robin Lo, living a senior apartment at 1583 Kalakaua Ave., Apt. 1222, Honolulu, Hi 96826. I and my wife we both retired since 2006, my social security is $239.00 per Month, my wife's is $112.00, totaling $351.00 a month income. Due to our very low income old age and disability including bad health. Right now we get monthly help from SSI. Since May of 2007, your Dept. manager called us to raise my monthly rental from $262.00 up to $396.00. We don't know the reason for increasing my monthly rent. We can not continue to live like this. We need help from the Government and HCDCH.
   We desire your consideration and concern of the situation regarding our low income and bad health condition.
   Recently we also receive a letter from your Dept. of "HDCDH" to request utility payment for each apt. at senior apartments, I think this is very unfair to the seniors and a bad decision made from your dept. The price increase should depend on the person's income. Please consider our old age with low income and bad health.
   I like object to the settlement but not be excluded from the settlement of the case. I would like to attend the hearing to make my objections known and to report back to the other senior apartment residents who can not attend. Thank you for your consideration of this important matter.

Sincerely,

[signature]

Robin M.P. Lo
1583 Kalakaua ave. apt. 1222 Honolulu, Hi 96826
Tel: (808) 941-3988
August 1st 2007,

**EXHIBIT A**