Shelby Anne Floyd ESQ
Alston Hunt Floyd &Ingo
American Savings Bank Tower
1001 Bishop Street, 18 th Floor
Honolulu, Hawaii 96813
Reff: Amone, ET AL V. AVEIRO, HCDCH:, CIV. NO. 04-00508

July 9/2007
Objection to the Settlement

By this letter I formally object to the amount of settlement received which has been returned.

There was no discussion of any amount of recovery as should have been done. In so doing would have allowed me the benefit to accept, reject or demand a more reasonable amount.

I was denied the benefit to be compensated for punitive damages as well as all other recovery set forth by the Court.
I hereby exert all my rights to recovery.

_____
Shahrashad Levin

**EXHIBIT B**