**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

    John C. Wong
    Office of the Attorney General-State of Hawaii
    Kekuanao'a Building
    465 S King St Room B-2
    Honolulu, HI 96813

DATED: Honolulu, Hawai'i, August 15, 2007.

                                        /s/ Gavin Thornton
                                        GAVIN THORNTON
                                        SHELBY ANNE FLOYD