MARK J. BENNETT 2672
Attorney General
State of Hawaii

JOHN C. WONG 2804
DIANE K. TAIRA 5737
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
Kekuanao'a Building, Room B-2
465 South King Street
Honolulu, Hawaii 96813
Telephone: (808) 587-3080
Facsimile: (808) 587-2938
E-mail: John.C.Wong@Hawaii.gov

Attorneys for Defendants

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 20 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

OF HAWAII

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly | CIVIL NO. CV04 00508<br>      ACK/BMK<br>(Class Action)<br><br>**DEFENDANTS STATEMENT OF COMPLIANCE RE: NOTICE OF SETTLEMENT TO CLASS MEMBERS; DECLARATION OF MICHAEL J. HEE; EXHIBITS "1" "2" "3"; CERTIFICATE OF SERVICE**<br><br>Final Settlement Approval Hearing: August 27, 2007<br>Time: 10:30 a.m.<br>Judge: Hon. Alan C. Kay |

247669_1.DOC

```
organized and recognized  )
agency of the State of    )
Hawaii,                   )
                          )
        Defendants.       )
                          )
                          )
```

## DEFENDANTS STATEMENT OF COMPLIANCE RE: NOTICE OF SETTLEMENT TO CLASS MEMBERS

On February 22, 2007, the Parties filed a Joint Motion for Preliminary Settlement Approval, which was heard on May 21, 2007 at 9:30 a.m. This Court granted the Motion and ordered the parties to provide Notice by publication and mailing of the Proposed Settlement to Class Members by July 16, 2007.

Pursuant to the Court's order, Defendants submit this Statement of Compliance regarding the mailing and publication of the Proposed Settlement to the Class Members. In summary, and as supported by the Declaration of Michael J. Hee and the exhibits hereto, Defendants published notice of the Proposed Settlement on July 1, 2007 in the following: West Hawaii Today,

the Garden Isle, the Maui News, the Honolulu Advertiser, the Hawaii Tribune Herald, and the Honolulu Star-Bulletin.

Defendants included the notice of the Proposed Settlements to all 4,634 federal public housing households, which included Class Members and non-Class Members, in the July rent notices which were mailed on June 1, 2007.

Accordingly, Defendants respectfully submit that they have complied with the Court's conditions in its Order granting preliminary approval of the settlement.

DATED: Honolulu, Hawaii  August 20, 2007.

Respectfully Submitted,

MARK J. BENNETT
Attorney General

/s/ John C. Wong
JOHN C. WONG
Deputy Attorney General
Attorneys for Defendants