IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| MARA AMONE, ET AL.,<br>    Plaintiffs,<br><br>vs.<br><br>STEPHANIE AVEIRO, ET AL.,<br><br>    Defendants. | ) CIVIL NO. CV04 00508<br>)        ACK/BMK<br>) (Class Action)<br>)<br>)<br>) **DECLARATION OF MICHAEL J.**<br>) **HEE; EXHIBITS "1" "2" "3"**<br>) |

## DECLARATION OF MICHAEL J. HEE

I, MICHAEL J. HEE, Declarant, state the following to be true and correct under penalty of perjury:

1. I am the current acting branch chief of the Property Maintenance and Management branch of the Hawaii Public Housing Authority, formerly known as the Housing and Community Development Corporation of Hawaii.

247669_1.DOC            4

2. I have been involved with the present case from the start of the litigation and I am thoroughly familiar with and have direct knowledge of the facts stated here.

3. I arranged for the Notice of the proposed settlement was published on July 1, 2007, in the following newspapers: 1) West Hawaii Today, 2) The Garden Isle, 3) The Maui News, 4) The Honolulu Advertiser, 5) The Hawaii Tribune Herald and 6) The Honolulu Star-Bulletin. Only the Affidavits of Publication for the Hawaii Tribune Herald, Advertiser, and Star-Bulletin were available and are attached respectively as **Exhibits "1", "2" and "3"**.

4. A Notice of the proposed settlement in this case was also included in the July, 2007 Rent Notice to all 4,634 federal public housing households, Class Members and non-Class Members alike, and the Notice was mailed out on June 1, 2007.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED: Honolulu, Hawaii   AUG 1 4 2007   .

*[signature]*

MICHAEL J. HEE