IN THE MATTER OF

IMPORTANT NOTICE TO CLASS MEMBERS IN
"AMONE ET AL V. AVEIRO, HCDCH:,
CIVIL NO. 04-00508 OF PROPOSED SETTLEMENT AND ORDER

**IMPORTANT NOTICE TO CLASS MEMBERS IN "AMONE ET AL V. AVEIRO, HCDCH:, CIV. NO. 04-00508 OF PROPOSED SETTLEMENT AND ORDER**

Pursuant to Rule 23 (e) of the Federal Rules of Civil Procedure, you are hereby notified of the following:

1. The Complaint in this case was filed on August 18, 2004, asking for declaratory and injunctive relief, and alleging that the "Housing and Community Development Corporation", now known as the "Hawaii Public Housing Authority", failed to notify disabled tenants of their rights under various federal laws, failed to adopt procedure to increase utility allowances for qualified disabled tenants, and charged qualified tenants rent in excess of that allowed by law.

2. On March 2, 2005, the Court entered an Order Certifying this action as a class action and defining the class as: 1) disabled persons that currently reside, or have resided since August 18, 2002, in a public housing project, 2) in which residents receive utility allowances, and 3) whose special needs arising from their disability require them to consume utilities in excess of the amount provided for in the standard public utility allowances,

3. On May 31, 2005, the Court entered an order in favor of Plaintiffs, holding that HCDCH did violate the law and requiring HCDCH to make appropriate adjustments to the utility allowances for, those residents whose special needs arising from their disability require them to consume utilities in excess of the amount provided for in the standard public housing utility allowances.

4. The parties filed a Joint Motion for Preliminary Approval of Settlement of the case, and asked the Court to set a Final Fairness Hearing to approve settlement and dismissal of the case. According to the Joint Motion, Plaintiffs have received the declaratory and injunctive relief they requested, the HCDCH has complied with the Court's Order by undertaking the required corrective measures to provide eligible disabled tenants with the appropriate supplemental utility allowances.

5. The Settlement Agreement provides that HCDCH shall pay Plaintiffs' attorneys fees and costs of $40,158.

6. The Court held a hearing on the Joint Motion for Preliminary Approval of the settlement of May 21, 2007. At the hearing, the Court ordered the Final Fairness Hearing, to approve the settlement as being fair, reasonable, and adequate, for August 27, 2007.

If you are a class member and object to the settlement of the case, or you wish to be excluded from the settlement of the case, you must submit your written objections to Class Counsel no later than ten (10) days before the Final Fairness Hearing, that is, on or before close of business on August 17, 2007 to:

SHELBY ANNE FLOYD, ESQ.
Alston Hunt Floyd & Ingo
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, Hawaii 96813
(Hon. Adv.: July 1, 2007)    (A-255753)

---

**AFFIDAVIT OF PUBLICATION**

STATE OF HAWAII
City and County of Honolulu    } SS.

_____Jane Kawasaki_____ being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of THE HONOLULU ADVERTISER, a division of GANNETT PACIFIC CORPORATION, that said newspaper is a newspaper of general circulation in the State of Hawaii, and that the attached notice is a true notice as was published in the aforereferenced newspaper as follows:

The Honolulu Advertiser:    1    time(s), on
07/01/2007

and that affiant is not a party to or in any way interested in the above entitled matter.

_Jane Kawasaki_
Subscribed and sworn to before me this 1st day of July A.D. 2007.

_Jeanette T. Ching_
Notary Public of the First Judicial Circuit
State of Hawaii
My commission expires    June 16, 2010

[Notary Seal: JEANETTE T. CHING, NOTARY PUBLIC, STATE OF HAWAII]