IN THE UNITED STATES DISTRICT COURT

OF HAWAII

| | |
|---|---|
| MARA AMONE individually, and on behalf of all persons similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>STEPHANIE AVEIRO, in her official capacity as the Executive Director of the Housing and Community Development Corporation of Hawaii; HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, a duly organized and recognized agency of the State of Hawaii,<br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV04 00508<br>               ACK BMK<br>(Class Action)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following by depositing the same in the United States mail, postage prepaid, as addressed below:

145122_1.DOC

GAVIN K. THORNTON
P.O. BOX 37952
HONOLULU HI  96837-0952

Attorney for Plaintiffs


SHELBY ANNE FLOYD
PAUL ALSTON
74-5660 Palani Road, Suite 104
KAMUELA HI  96740

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaii, August 20, 2007.


_____
JOHN C. WONG
Attorney for Defendants
STEPHANIE AVEIRO and
HOUSING AND COMMUNITY
DEVELOPMENT CORPORATION
OF HAWAII

145122_1.DOC