AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MARA AMONE INDIVIDUALLY, AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED, | JUDGMENT IN A CIVIL CASE<br><br>Case: Civ. No. 04-00508 ACK-BMK |
| Plaintiff(s), | |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>September 13, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| STEPHANIE AVEIRO, IN HER OFFICIAL CAPACITY AS THE EXECUTIVE DIRECTOR OF THE HOUSING AND COMMUNITY DEVELOPMENT CORPORATION OF HAWAII, ET AL., | |
| Defendant(s). | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the "Order Granting Final Approval of Settlement, Dissolving Permanent Injunction, Dismissing All Claims Against All Parties, and Dismissing All Parties in the Case with Prejudice" filed on August 27, 2007.

| September 13, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |